FILED

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF 2022 MAY 31  PM 3:03
# CALIFORNIA

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: EEG

**SCOTT RALEY**

            **Plaintiff**

**V.**

**SMALL BUSINESS
ADMINISTRATION;
ISABEL GUZMAN,** in her official
capacity as Administrator of the Small
Business Administration;
**JANET YELLEN,** in her official
capacity as Secretary of the Treasury; and
**THE UNITED STATES OF AMERICA,**
            **Defendants.**

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**LACV22-3703-SB(PLAx)**

Plaintiff Scott Raley submit this Complaint for Declaratory Judgment and request for Temporary, Preliminary, and Permanent Injunctive Relief to invalid the SBA, decision to deny Plaintiff an EIDL Loan Increase as described in the CARES Act, for 'unverifiable information'. The challenged portion of SBA's Final Decision purport to make Plaintiff ineligible for the CARES Act, EIDL Loan Increase. EIDL Loans under the CARES Act in contravention of the unambiguous statutory text and limited authority that Congress delegated to SBA. In support of this request, Plaintiff claim and states as follows:

## INTRODUCTORY STATEMENT

1.    The outbreak of COVID-19 and the government's response to that virus have decimated the American economy. To help mitigate the economic damage and keep small businesses afloat during these unprecedented times, the United States Congress passed the Coronavirus Aid, Relief,

and Economic Security Act ("CARES Act") and the EIDL Program. Congress tasked the Small Business Administration ("SBA") with promulgating regulations to administer EIDL loans to any business concern based in the United States, so long as the small business was in operation by February 15, 2020.

2.      Plaintiff owns such business: PrettyLittleWish of which is principally located in Ventura, CA. But SBA has refused to uphold its statutory duty to make EIDL loan Increase available to Plaintiff. With no delegation of authority to do so, SBA took it upon itself to exclude Plaintiff. Nevertheless, SBA has applied its facially invalid reason to indiscriminately exclude Plaintiff from EIDL loan Increase that Congress made available to all small businesses

## JURISDICTION AND VENUE

3.      The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1346, 1361, and 2201. Additionally, this Court has jurisdiction to review agency action under 5 U.S.C. § 702, which provides, in part: "A person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review thereof." And pursuant to 15 U.S.C. § 634(b), jurisdiction is conferred upon any United States District Court to determine controversies against the Administrator of SBA. This Court has jurisdiction to grant injunctive relief pursuant to 28 U.S.C. § 2202 and Rule 65 of the Federal Rules of Civil Procedure. Venue is proper in the District of Saint Louis, Missouri, pursuant to 28 U.S.C. § 1391, as the events giving rise to the Plaintiff causes of action arose or exist in this District.

## PARTIES

4.      Plaintiff is a resident and business owner located in Ventura, CA 93001 . Plaintiff has an ecommerce business.

5.      Defendant SBA is a federal agency created and authorized pursuant to 15 U.S.C. § 633 et seq. SBA maintains a local office in 312 N Spring St, Los Angeles, CA 90012.

6.      Defendant Isabell Guzman is the Administrator of SBA (the "Administrator"), a Cabinet-level position. She is sued in her official capacity. The Administrator may be sued pursuant to 15 U.S.C. § 634(b) ("In the performance of, and with respect to, the functions, powers, and duties vested in [her] by this chapter the Administrator may ... sue and be sued ... in any United States district court[.]").

7.      Defendant Janet Yallen (the "Secretary") is the Secretary of the United States Department of the Treasury ("Treasury"). She is sued in his official capacity.

8.      Defendant the United States of America is a sovereign nation dedicated to protecting life, liberty, and property, as provided for in the U.S. Constitution.

## STATEMENT OF FACT

9.      Section 7(b)(2) of the Small Business Act authorizes SBA to make EIDL loans to eligible small businesses and nonprofit organizations located in a disaster area. 15 U.S.C. 636(b)(2). On March 6, 2020, Congress deemed COVID-19 to be a disaster in Title II of the Coronavirus Preparedness and Response Supplemental Appropriations Act of 2020, Public Law 116-123, 134 Stat. 146, 147, allowing SBA to declare disasters and make EIDL loans available to small businesses and nonprofit organizations suffering substantial economic injury as a result of the COVID-19 pandemic. The Coronavirus Aid, Relief, and Economic Security Act (CARES Act) Public Law 116-136, expanded eligibility and waived certain rules and requirements for COVID EIDL loans. Section 1110 of the CARES Act permitted SBA to waive rules related to personal guaranties on COVID EIDL loans of not more than $200,000 and the requirement that an applicant be unable to obtain credit elsewhere. Section 1110 also provided SBA with the

authority to approve an applicant based solely on the credit score of the applicant or use alternative appropriate methods to determine an applicant's ability to repay.

10.     As a direct and proximate cause of COVID-19 and economic downturn, Plaintiff business was negatively impacted and suffered substantial economic injury. In order to mitigate the negative impact and stabilize Plaintiff business, On April 8th, 2020 Plaintiff applied for a EIDL that was offered to businesses at a 3.75% interest rate fixed for 30 years with the first payment starting 2 years after the date received. Plaintiff opened an EIDL Loan for $32,000 when originally entitled for the full $500,000 of the program.

11.     Plaintiff applied for an EIDL Increase on or about December 2021.

12.     December, 2021 Plaintiff was denied due to "Unverifiable Information". (see exhibit "H" pg 1) for EIDL Increase not coming back my 2019 taxes showing correctly to SBA. Plaintiff mailed off his federal tax return until December 15th 2020, 5 month lates from the due date July 15, 2020.

13.     Plaintiff reapplied January of 2021 for the EIDL Increase.

14.     Defendant, SBA ordered copies of Plaintiff tax transcripts from 2018 and 2019, the IRS could only provide 2018, because 2019 was not processed.

15.     June 07th 2021, Plaintiff was denied again for EIDL Increase, because the IRS was backlogged with processing tax returns and Plaintiff 2019 taxes, 2020 return was not processed on file for the SBA to review. "Not eligible due to unverifiable information"

16.     June 13th 2021, Plaintiff called SBA Customer Service, Customer Service Rep, told Plaintiff to take a copy of his 2019 return to his local IRS office and file a copy and get it stamped showing that it was filed. On July 15th 2021, Plaintiff took a copy of his return to the IRS, filed another copy and got a stamped copy showing the return was filed again, then sent that to the SBA asking for reconsideration of the previous denial.

17.      Around June of 2021, Plaintiff sent to the SBA documents which included: the Plaintiff Business LLC Incorporation, incorporating December 2019, (see Exhibit "B" pg 1-2) copies of 2019 tax returns, (see Exhibit "C" pg 1-34 and "D" pg 1) bank statement from same bank in 2019, (see Exhibit "J" pg 1) , a copy of Plaintiff current passport  (see Exhibit "E" pg 1) and a voided check from Plaintiff business account. (see Exhibit "F" pg1 and Exhibit "G" Pg 1) all to show Plaintiff business was in operation prior to the disaster in 2019.

18.      February 2022, Plaintiff was then denied again because the SBA wouldn't accept the filed stamped copy of the return and that; the SBA now said they can only go off the official transcripts received directly from the IRS. Not eligible due to unverifiable information. (see Exhibit "H" pg 1)

19.      Plaintiff then contacted U.S. Congress Member Julia Brownlee for help, requesting reconsideration, explaining that it was not Plaintiff's fault Plaintiff tax return was not processed as of date. Plaintiff also contacted an IRS Tax Advocate, April 2nd 2022, for help in getting the return processed. April 22, 2022 the return was finally processed.

20.      April 25th, 2022 SBA sends plaintiff 11 Emails Offering an EIDL Increase for my application loan. (see Exhibit "K" pg 1-2)

21.      April the 27th, 2022, Plaintiff was denied again by the SBA: Unverifiable Information

> "Unverifiable Information During the loan underwriting process there were one or more items that were reviewed that caused the SBA to question the validity of certain information you submitted as part of your application. This can occur as a result of a failed identify verification, high risk IP address, or if a client device is associated with fraud. Not Eligible: The SBA has been unable to verify the existence of an eligible business as reflected in the application. The SBA has been unsuccessful in our attempts to obtain documentation from multiple sources (public records) and we attempted to obtain documentation from you that would validate the existence of your business. (see Exhibit "I" pg 1)

22.      Congress Required SBA to Administer EIDL Loans Increase based on: that business was in operation prior to January 31st, 2020. CARES Act, Pub. L. No. 116-136, § 1110 (b)(2)

https://www.congress.gov/116/bills/hr748/BILLS-116hr748enr.pdf and all you have to do was

prove that you was in operation prior to Janurary 31st, 2020. (see exhibit "J" pg 1-3)

https://www.sba.gov/sites/default/files/2021-09/COVID-EIDL-FAQs-090821-508.pdf

(see Exhibit "L" pg 1-17)

### COUNT I: SBA PROMULGATED AN INTERIM CONCLUSION
### AND FINDINGS THAT EXCEEDED ITS AUTHORITY

23.     Plaintiff reallege and incorporate by reference the allegations contained in the Introductory

Statement and paragraphs 1 through 20, as if fully set forth herein

24.     SBA denied Plaintiff EIDL Increase alleging "unverifiable information." In fact Plaintiff's

information is verifiable. See a copy IRS 2019 Record of Account (see exhibit "J" pg 1-2 and

Exhibit "C " Pg 1-34) 2019 Full Taxes. Congress did not delegate what was verifiable. Congress

did not give the SBA authority to make such a conclusion or finding, "if a business was or not an

active revenue reporting entity prior to the disaster." For the SBA To deny a person because they

was" not an active revenue reporting entity prior to the disaster" is in contrary to CARES Act, Pub.

L. No. 116-136, § 1110, "that long as you was in "operation prior to January 31st, 2020" No person

that started operations after January 01st, 2020 could have been an active revenue reporting

business prior to the disaster is in contrary to CARES Act, Pub. L. No. 116-136, § 1110, "that long

as you was in "operation prior to January 31st, 2020" No person that started operations after

January 01st, 2020 could have been an active revenue reporting business prior to the disaster.

25.     Congress did not delegate any discretion to SBA to deem classes of small businesses

ineligible for reasons not contained in the CARES Act.

26.     SBA's Unlawfully Denied EIDL Loan Increase to the Plaintiff.

27.     Plaintiff is fully qualified under the text of the CARES Act to receive a EIDL loan increase.

28.     Plaintiff intended and still intends to use the funds from an EIDL Loan Increase in

accordance with the provisions of the CARES Act.

### COUNT II: UNLAWFULLY WITHHELD AGENCY ACTION
### DEFENDANTS FAILED TO CARRY OUT A MINISTERIAL DUTY

29.     Plaintiff reallege and incorporate by reference the allegations contained in the Introductory Statement and paragraphs 1 through 26, as if fully set forth herein. The Administrative Procedure Act requires that a reviewed court "compel agency action unlawfully withheld or unreasonably delayed[.]" 5 U.S.C. § 706(1).

30.     Relief under § 706(1) "is like the mandamus remedy, 'empowering a court only to compel an agency to perform a ministerial or non-discretionary act or to take action upon a matter, without directing how it shall act.'" Vill. of Bald Head Island v. U.S. Army Corps of Engineers, 714 F.3d 186, 195 (4th Cir. 2013) (quoting Norton v. S. Utah Wilderness All., 542 U.S. 55, 64 (2004) (cleaned up)).

31.     The CARES Act directed SBA to administer EIDL Loans Increase based on the considerations that Congress set out in the law.

32.     SBA's failure to administer EIDL Loan Increase to Plaintiff when Plaintiff is eligible under the dictates of the CARES Act —is an unlawfully withheld agency action.

33.     Plaintiff is entitled to relief under 5 U.S.C. § 706(1) by way of ordering the Defendants to perform the nondiscretionary act of administering EIDL Loans Increase according to the text of the CARES Act.

### COUNT III: INVALID AGENCY ACTION CONTRAVENES THE PLAIN TEXT OF THE CARES ACT

34.     Plaintiff reallege and incorporate by reference the allegations contained in their Introductory Statement and paragraphs 1 through 32, as if fully set forth herein.

35.     A court reviewing an agency action "shall hold unlawful and set aside" any action "in excess of statutory jurisdiction, authority, or limitations, or short of statutory right." 5 U.S.C. § 706(2)(C).

36.     The text of the CARES Act is clear and unambiguous as to which businesses are eligible for EIDL loans Increase.

37.    Because the CARES Act was clear and unambiguous, SBA lacked authority to promulgate regulations that restricted or otherwise "clarified" which businesses are eligible for EIDL loans. The Act's specification that so long as the business was in "operation; prior to January 31st, 2020, is a reasonable interpretation that Plaintiff is eligible. CARES Act, Pub. L. No. 116-136, § 1110.

38.    Finally, by specifying 'any business,' ("[O]ne can find nothing in either the CARES Act or the Small Business Act to suggest that Congress wanted to exclude the Plaintiff from EIDL. ... "[G]iven Congress's clear intent to extend EIDL loans to all small businesses affected by the pandemic that was in operation prior to January 31st, 2020 ... it seems highly unlikely that Congress intended the SBA to apply its exclusion to EIDL.").

39.    Administrative agencies are not entitled to deference. Article III of the Constitution vests "the judicial power of the United States" in the courts and creates the judicial office held by "[t]he judges, both of the Supreme Court and inferior courts." U.S. CONST. art. III, § 1. The judicial power includes the authority to decide cases and controversies; a judge's office includes a duty to exercise independent judgment in the interpretation and application of law in each case. See Marbury v. Madison, 5 U.S. (1 Cranch) 137, 177 (1803) ("It is emphatically the duty of the Judicial Department to say what the law is. Those who apply the rule to particular cases must, of necessity, expound and interpret that rule.").

40.    The judicial office requires judges to "exercise independent judgment in accord with the law." PHILIP HAMBURGER, IS ADMINISTRATIVE LAW UNLAWFUL? 173 (2014).

41.    Judicial deference to the agency's interpretation would display bias toward SBA, the government litigant in this case. See Marshall v. Jerrico, Inc., 446 U.S. 238, 242 (1980) (explaining that a neutral judiciary "safeguards the two central concerns of procedural due

process, the prevention of unjustified or mistaken deprivations and the promotion of participation

and dialogue by affected individuals in the decision making process").

42.     The Plaintiff reading of the CARES Act is more consistent with Congress's purpose in

providing for EIDL loans in that Congress made EIDL loans available to all business concerns that

meet the considerations set out in the CARES Act, Pub. L. No. 116-136, § 1110.

43.     As a direct and proximate result the Defendants and their have caused Plaintiff and

irreparable harm including.

44.     The Plaintiff has been damaged and will continue to be damaged by Defendants'

conduct.

45.     No adequate remedy at law is available that could compensate Plaintiff for their damages.

46.     The Plaintiff is entitled to declaratory and injunctive relief.

## COUNT IV: AGENCY ACTIONS AND DECISION IS ARBITRARY AND CAPRICIOUS

47.     Plaintiff reallege and incorporate by reference the allegations contained in their

Introductory Statement and paragraphs 1 through 45, as if fully set forth herein.

48.     A court reviewing must "hold unlawful and set aside agency action" that is "arbitrary,

capricious, an abuse of discretion, or otherwise not in accordance with law[.]" Mayor & City

Council of Baltimore v. Azar, No. CV RDB-19-1103, 2020 WL 1873947, at *3 (D. Md. Apr. 15,

2020) (quoting 5 U.S.C. § 706(2)(A)).

49.     An agency's action "is arbitrary and capricious if 'the agency has relied on factors

which Congress has not intended it to consider, entirely failed to consider an important aspect of

the problem, offered an explanation for its decision that runs counter to the evidence before the

agency, or is so implausible that it could not be ascribed to a difference in view or the product of

agency expertise.'" J.O.P. v. U.S. Dep't of Homeland Sec., No. GJH-19-1944, 2020 WL

2932922, at *18 (D. Md. June 3, 2020) (quoting Sierra Club v. U.S. Dep't of the Interior, 899 F.3d 260, 293 (4th Cir. 2018)).

50.     "[A] court must "conduct a 'searching and careful' review to determine whether the agency's decision 'was based on a consideration of the relevant factors and whether there has been a clear error of judgment.'" Friends of Capital Crescent Trail v. U.S. Army Corps of Engineers, No. CV JKB 19-106, 2020 WL 1849704, at *5 (D. Md. Apr. 13, 2020) (quoting Sierra Club, 899 F.3d at 270).

51.     A facial review of CARES Act, Pub. L. No. 116-136, § 1110 proves that the SBA acted arbitrary and capricious. Congress did not intend for SBA "to exclude Plaintiff because the purpose of the EIDL Loan was to provide relief to all small businesses owners negatively impacted by the pandemic. The SBA failed to rely on the factors that Congress established. In doing so, SBA excluded Plaintiff businesses.

52.     The SBA completely disregard the important problem that Congress tried to solve: making favorable loans available to all small businesses owners expeditiously in a time of national economic turmoil.

53.     Congress did not call on SBA's expertise; instead, Congress instructed SBA to administer EIDL loans based on the considerations enumerated in the CARES Act. SBA departed from the text of the law and, in doing so, failed entirely to consider the problem Congress sought to.

54.     As a direct and proximate result the Defendants have caused Plaintiff irreparable harm including but not limited to financial ruin and business ruination.

55.     The Plaintiff have been damaged and will continue to be damaged by Defendants' conduct.

56.     No adequate remedy at law is available that could compensate Plaintiff for his damages.

57.    The Plaintiff is entitled to declaratory and injunctive relief invalidating the SBA actions.

## COUNT V: MANDAMUS THE INDIVIDUAL DEFENDANTS
## FAILED TO CARRY OUT A MINISTERIAL DUTY

58.    Plaintiff reallege and incorporate by reference the allegations contained in their Introductory Statement and paragraphs 1 through 63, as if fully set forth herein.

.    The "ancient remedy" of mandamus will apply in extraordinary circumstances "to compel the fulfillment of a duty which is ministerial, plainly and positively ascertained, and free of doubt." Grice v. Colvin, 97 F. Supp. 3d 684, 705 (D. Md. 2015) (citations omitted).

59.    A writ of mandamus is proper when three elements are present: "(1) a clear right in the plaintiff to the relief sought; (2) a clear duty on the part of the defendant to do the act in question; and (3) no other adequate remedy available." Grice, 97 F. Supp. 3d at 705 (citation omitted).

60.    The second element is satisfied when the defendant's official action is ministerial or nondiscretionary. "A ministerial duty, the performance of which may, in proper cases, be required of the head of a department, by judicial process, is one in respect to which nothing is left to discretion. It is a simple, definite duty, arising under the conditions admitted or proved to exist, and imposed by City of Columbus v. Trump, No. CV-18-2364-DKC, 2020 WL 1820074, at *22 (D. Md. Apr. 10, 2020) (quoting Mississippi v. Johnson, 71 U.S. 475, 498 (1866)).

61.    One such ministerial duty is dispensing sums of money as directed by Congress. City of Columbus, 2020 WL 1820074, at *22 (citing Kendall v. U.S. ex rel. Stokes, 37 U.S. (12 Pet.) 524 (1838); Marbury, 5 U.S. (1 Cranch) 137).

62.    The equitable writ of mandamus is appropriate in this extraordinary circumstance because Congress directed SBA to administer EIDL Loans based on the criteria set forth in the CARES Act. The Plaintiff meet that criteria and are entitled to have his loan applications processed like all other applicants who meet the criteria that Congress set. There is no adequate

remedy at law by which the Plaintiff can compel the Defendants to carry out their statutorily imposed ministerial duty.

63.     The Plaintiff is entitled to mandamus relief ordering the Defendants to administer and process Plaintiff EIDL Loan applications as required by the plain terms of the CARES Act.

### PRAYER FOR RELIEF

*Wherefore*, Plaintiff pray for the following relief against Defendants:

A. Declaratory judgment that the SBA actions is contrary to the CARES Act.

B. Declaratory judgment that the SBA actions, conclusions and decision is arbitrary and capricious.

C. Writs of mandamus ordering the individual Defendants to fulfill their duties to administer EIDL Loans to Plaintiff that are eligible under the criteria set out in the CARES Act.

D. Temporary Restraining Order and Preliminary and Permanent Injunction that would save the Plaintiff place in line for the first-come, first-served funds that Congress allotted for EIDL loans Increase by enjoining the Defendants from dispensing $500,000 of the funds that the SBA qualified Plaintiff for (ex pg 'G' 1) and Congress allotted under the CARES Act on April 24, 2020, Pub. L. No. 116-139.

E. Order the Defendants to restore Plaintiff to its place in queue as of the time Plaintiff application denied for the EIDL Loan Increase.

F. For such other relief as the Court deems just and proper.

The forgoing is true to the best of my knowledge

Respectfully submitted,

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles
Subscribed and sworn to (or affirmed) before me on this 31st day of May ,2022, by SCOTT RALEY, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature _____          (Seal)

Scott Raley,
1915 E Linda Vista Ave, Ventura, CA 93001
805.202.9876
Hotshotraley5767@hotmail.com



CARRIE T. FELICITAS
Commission No. 2249609
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires   AUGUST 9, 2022

# Exhibit J pg 1-3

H. R. 748—26

(C) A guarantee percentage that, to the maximum extent practicable, is consistent with the guarantee percentage required under subparagraph (F) of section 7(a)(2) of the Small Business Act (15 U.S.C. 636(a)(2)), as added by section 1102 of this Act.

(D) Loan forgiveness under terms and conditions that, to the maximum extent practicable, is consistent with the terms and conditions for loan forgiveness under section 1106 of this Act.

(e) ADDITIONAL REGULATIONS GENERALLY.—The Secretary may issue regulations and guidance as necessary to carry out the purposes of this section, including to allow additional lenders to originate loans under this title and to establish terms and conditions such as compensation, underwriting standards, interest rates, and maturity for under this section.

(f) CERTIFICATION.—As a condition of receiving a loan under this section, a borrower shall certify under terms acceptable to the Secretary that the borrower—

(1) does not have an application pending for a loan under section 7(a) of the Small Business Act (15 U.S.C. 636(a)) for the same purpose; and

(2) has not received such a loan during the period beginning on February 15, 2020 and ending on December 31, 2020.

(g) OPT-IN FOR SBA QUALIFIED LENDERS.—Lenders qualified to participate as a lender under 7(a) of the Small Business Act (15 U.S.C. 636(a)) may elect to participate in the paycheck protection program under the criteria, terms, and conditions established under this section. Such participation shall not preclude the lenders from continuing participation as a lender under section 7(a) of the Small Business Act (15 U.S.C. 636(a)).

(h) PROGRAM ADMINISTRATION.—With guidance from the Secretary, the Administrator shall administer the program established under this section, including the making and purchasing of guarantees on loans under the program, until the date on which the national emergency declared by the President under the National Emergencies Act (50 U.S.C. 1601 et seq.) with respect to the Coronavirus Disease 2019 (COVID–19) expires.

(i) CRIMINAL PENALTIES.—A loan under this section shall be deemed to be a loan under the Small Business Act (15 U.S.C. 631 et seq.) for purposes of section 16 of such Act (15 U.S.C. 645).

## SEC. 1110. EMERGENCY EIDL GRANTS.

(a) DEFINITIONS.—In this section—

(1) the term "covered period" means the period beginning on January 31, 2020 and ending on December 31, 2020; and

(2) the term "eligible entity" means—

(A) a business with not more than 500 employees;

(B) any individual who operates under a sole proprietorship, with or without employees, or as an independent contractor;

(C) a cooperative with not more than 500 employees;

(D) an ESOP (as defined in section 3 of the Small Business Act (15 U.S.C. 632)) with not more than 500 employees; or

Ex 0

Pg 1

H. R. 748—27

(E) a tribal small business concern, as described in section 31(b)(2)(C) of the Small Business Act (15 U.S.C. 657a(b)(2)(C)), with not more than 500 employees.

(b) ELIGIBLE ENTITIES.—During the covered period, in addition to small business concerns, private nonprofit organizations, and small agricultural cooperatives, an eligible entity shall be eligible for a loan made under section 7(b)(2) of the Small Business Act (15 U.S.C. 636(b)(2)).

(c) TERMS; CREDIT ELSEWHERE.—With respect to a loan made under section 7(b)(2) of the Small Business Act (15 U.S.C. 636(b)(2)) in response to COVID–19 during the covered period, the Administrator shall waive—

(1) any rules related the personal guarantee on advances and loans of not more than $200,000 during the covered period for all applicants;

(2) the requirement that an applicant needs to be in business for the 1-year period before the disaster, except that no waiver may be made for a business that was not in operation on January 31, 2020; and

(3) the requirement in the flush matter following subparagraph (E) of section 7(b)(2) of the Small Business Act (15 U.S.C. 636(b)(2)), as so redesignated by subsection (f) of this section, that an applicant be unable to obtain credit elsewhere.

(d) APPROVAL AND ABILITY TO REPAY FOR SMALL DOLLAR LOANS.—With respect to a loan made under section 7(b)(2) of the Small Business Act (15 U.S.C. 636(b)(2)) in response to COVID–19 during the covered period, the Administrator may—

(1) approve an applicant based solely on the credit score of the applicant and shall not require an applicant to submit a tax return or a tax return transcript for such approval; or

(2) use alternative appropriate methods to determine an applicant's ability to repay.

(e) EMERGENCY GRANT.—

(1) IN GENERAL.—During the covered period, an entity included for eligibility in subsection (b), including small business concerns, private nonprofit organizations, and small agricultural cooperatives, that applies for a loan under section 7(b)(2) of the Small Business Act (15 U.S.C. 636(b)(2)) in response to COVID–19 may request that the Administrator provide an advance that is, subject to paragraph (3), in the amount requested by such applicant to such applicant within 3 days after the Administrator receives an application from such applicant.

(2) VERIFICATION.—Before disbursing amounts under this subsection, the Administrator shall verify that the applicant is an eligible entity by accepting a self-certification from the applicant under penalty of perjury pursuant to section 1746 of title 28 United States Code.

(3) AMOUNT.—The amount of an advance provided under this subsection shall be not more than $10,000.

(4) USE OF FUNDS.—An advance provided under this subsection may be used to address any allowable purpose for a loan made under section 7(b)(2) of the Small Business Act (15 U.S.C. 636(b)(2)), including—

(A) providing paid sick leave to employees unable to work due to the direct effect of the COVID–19;

H. R. 748—28

(B) maintaining payroll to retain employees during business disruptions or substantial slowdowns;

(C) meeting increased costs to obtain materials unavailable from the applicant's original source due to interrupted supply chains;

(D) making rent or mortgage payments; and

(E) repaying obligations that cannot be met due to revenue losses.

(5) REPAYMENT.—An applicant shall not be required to repay any amounts of an advance provided under this subsection, even if subsequently denied a loan under section 7(b)(2) of the Small Business Act (15 U.S.C. 636(b)(2)).

(6) UNEMPLOYMENT GRANT.—If an applicant that receives an advance under this subsection transfers into, or is approved for, the loan program under section 7(a) of the Small Business Act (15 U.S.C. 636(a)), the advance amount shall be reduced from the loan forgiveness amount for a loan for payroll costs made under such section 7(a).

(7) AUTHORIZATION OF APPROPRIATIONS.—There is authorized to be appropriated to the Administration $10,000,000,000 to carry out this subsection.

(8) TERMINATION.—The authority to carry out grants under this subsection shall terminate on December 31, 2020.

(f) EMERGENCIES INVOLVING FEDERAL PRIMARY RESPONSIBILITY QUALIFYING FOR SBA ASSISTANCE.—Section 7(b)(2) of the Small Business Act (15 U.S.C. 636(b)(2)) is amended—

(1) in subparagraph (A), by striking "or" at the end;

(2) in subparagraph (B), by striking "or" at the end;

(3) in subparagraph (C), by striking "or" at the end;

(4) by redesignating subparagraph (D) as subparagraph (E);

(5) by inserting after subparagraph (C) the following:

"(D) an emergency involving Federal primary responsibility determined to exist by the President under the section 501(b) of the Robert T. Stafford Disaster Relief and Emergency Assistance Act (42 U.S.C. 5191(b)); or"; and

(6) in subparagraph (E), as so redesignated—

(A) by striking "or (C)" and inserting "(C), or (D)";

(B) by striking "disaster declaration" each place it appears and inserting "disaster or emergency declaration";

(C) by striking "disaster has occurred" and inserting "disaster or emergency has occurred";

(D) by striking "such disaster" and inserting "such disaster or emergency"; and

(E) by striking "disaster stricken" and inserting "disaster- or emergency-stricken"; and

(7) in the flush matter following subparagraph (E), as so redesignated, by striking the period at the end and inserting the following: ": *Provided further*, That for purposes of subparagraph (D), the Administrator shall deem that such an emergency affects each State or subdivision thereof (including counties), and that each State or subdivision has sufficient economic damage to small business concerns to qualify for assistance under this paragraph and the Administrator shall accept applications for such assistance immediately.".

# Exhibit L pg 1-17

## COVID EIDL Loans Information as of September 8, 2021

*Contents*

Introduction
Section 1: COVID EIDL Program Information
Section 2: Submitting a New COVID EIDL Application
Section 3: Submitting a COVID EIDL Increase Application
Section 4: Application Status and SBA Decision
Section 5: Post-Disbursement of COVID EIDL Loan Funds
Section 6: Fraud, Waste, and Abuse

### Introduction

- These FAQs include the COVID EIDL program changes made in August 2021 and is the current guidance.
- SBA is authorized to make COVID EIDL loans through December 31, 2021, or when funds are exhausted, whichever occurs sooner. Applicants should read and understand the requirements for submitting an application.
- You can apply for COVID EIDL loans online through SBA's website for free. You might receive emails or offers from third parties to assist you with your application. If you choose to work with a third party to submit your application, you are responsible for any fees and costs related to the third party. SBA will not accept documents signed by a third party on your behalf.

### Section 1: COVID EIDL Program Information

*SBA's COVID EIDL Loan Product at a Glance*

| | |
|---|---|
| **Product** | Loan directly from SBA that must be repaid. Low-interest, fixed-rate, long-term loan to help overcome the effects of the pandemic by providing working capital to meet operating expenses |
| **Uses of Proceeds** | Working capital to make regular payments for operating expenses, including payroll, rent/mortgage, utilities, and other ordinary business expenses, and to pay business debt incurred at any time (past present or future) |

| Maximum Loan Amount | $2 million Note: SBA will begin approving loans greater than $500,000 on October 8, 2021 |
|---|---|
| Loan Term | 30 years |
| Interest Rate | Businesses: 3.75% fixed<br>Private nonprofit organizations: 2.75% fixed |
| Payment Deferment | Payments are deferred for the first 2 years (during which interest will accrue), and payments of principal and interest are made over the remaining 28 years. No penalty for prepayment. |
| Fees | **For loans $25,000 or less:** No fees if applying directly through SBA<br>**For loans greater than $25,000:** One-time $100 fee for filing a lien on borrower's business assets plus costs to file lien on real estate when applicable<br>**For loans greater than $500,000 where SBA is taking real estate as collateral:** One-time $100 fee for filing a lien on borrower's business assets. Additionally, the borrower will be responsible for recording the real estate lien and paying the associated fees. |
| Collateral | Required for loans greater than $25,000 |
| Personal Guaranty | Required for loans greater than $200,000 |
| Apply for a Loan | Complete your online COVID EIDL application |
| Apply for an Increase | Complete your request for an increase in your COVID EIDL portal |

## What is a COVID EIDL loan?

COVID EIDL loans are distinct and different from regular Disaster Loan Program loans. "COVID EIDL" stands for COVID-19 Economic Injury Disaster Loan. In response to the COVID-19 pandemic, SBA was given the authority to make low-interest fixed-rate long-term COVID EIDL loans to help small businesses and other entities overcome the effects of the pandemic by providing borrowers with working capital to meet ordinary and necessary operating expenses.

The program ends December 31, 2021 or when funds are exhausted, whichever occurs sooner.

### What is a Targeted EIDL Advance and Supplemental Targeted Advance?

A COVID EIDL loan is a loan that must be repaid. However, the COVID EIDL program also offers two types of "advances" that do not have to be repaid. Information on the eligibility requirements and availability of these advances and links to applications are available on SBA's website.

Eligible applicants must be located in SBA-specified low-income communities and must have suffered reductions of revenue. Note: Agricultural enterprises are not eligible for Targeted EIDL Advances or Supplemental Targeted Advances.

For more information, see Targeted EIDL Advance and Supplemental Targeted Advance (sba.gov).

Search by address to see if your business or other eligible entity type is located in an eligible low-income community.

**Targeted EIDL Advance:** If you are located in a low-income community, have 300 or fewer employees, and suffered greater than 30% reduction in revenue, you may be eligible for up to $10,000.

**Supplemental Targeted Advance:** If you are located in a low-income community, have 10 or fewer employees, and suffered greater than 50% reduction in in revenue, you may be eligible for an additional $5,000 Supplemental Targeted Advance, for a total of $15,000 in Advances.

## Section 2: Submitting a New COVID EIDL Application

### How do I apply?

Complete your online COVID EIDL application. The online application portal will provide step by step help. SBA will contact you if additional information is needed. Note: See instructions for requesting a loan increase.

Note: SBA will begin approving loans greater than $500,000 on October 8, 2021.

### What can I use the loan proceeds for?

Borrowers may use COVID EIDL working capital loan proceeds to make regular payments for operating expenses and to:

- Pay or pre-pay business non-federal debt incurred at any time (past or future), including monthly payments, payments of deferred interest;
- Pay regularly scheduled payments on federal debt;
- Payroll;
- Rent/mortgage;
- Utilities; and

- Other ordinary business expenses.

Note: Borrowers with existing COVID EIDL loans are able to use any available loan proceeds on these authorized uses of proceeds

You may not use the funds to:

- Expand your business;
- Make prepayments on debt that is owned by a federal agency (including SBA) or an SBIC.
- Start a new business

### What are the loan terms?

**Loan or Grant:** A COVID EIDL loan is a loan that must be repaid. Unlike the Paycheck Protection Program, a COVID EIDL loan is not forgivable.

**Interest Rate and Term:**

Businesses: 3.75% fixed for 30 years

Private nonprofit organizations: 2.75% fixed for 30 years

**Payment Deferral:** The loan term is 30 years; payments are deferred for 24 months (during which interest will accrue) from the date of first disbursement of the Applicant's original COVID EIDL loan. Monthly payments of principal and interest will begin at the end of the deferment period and will be paid over the remaining 28 years. You may make prepayments at any time without penalty.

**Collateral Requirements by Loan Amount:**

$0 - $25,000: No collateral required

$25,001 – $500,000: Security agreement (UCC-1) lien required on business assets - A UCC filing is a legal notice that SBA will file with the Secretary of State to record a security interest against your business assets. SBA will charge a one-time $100 fee for filing the UCC-1 lien.

$500,001 - $2,000,000: Security agreement (UCC-1) lien required on business assets and a best available mortgage on real estate owned by the applicant business. SBA will charge a one-time $100 fee for filing the UCC-1 lien. Additionally, the borrower will be responsible for recording the real estate lien and paying the associated fees.

**Personal Guaranty:**

$0 - $200,000: No personal guaranty required

$200,001 - $2,000,000: Except for nonprofit organizations and loans to ESOPs, all loans require a full personal guaranty from:

- All individuals or entities owning 20% or more of the applicant business;
- For sole proprietorships, the proprietor;
- For independent contractors, the contractor;
- For General Partnerships, all general partners;
- For Limited Partnerships, all general partners and any limited partner who owns 20 percent or more of the partnership;
- For Limited Liability Entities, the Managing Member and any member who owns 20 percent or more of the entity;
- For Corporations, any individual or legal entity who owns 20 percent or more of the voting stock.

If no single owner owns 20% or more, then at least one individual or entity must provide a full guaranty.

A personal guaranty is an agreement that an individual makes to assume responsibility for payment of a loan in the event that the applicant business ("borrower") fails to repay the loan in accordance with the loan agreement or note. The person who signs the guaranty is the guarantor. The personal guaranty remains in place until the loan is paid in full. (See SOP 50 52 for information on substitution of guarantor. Send substitution requests to PDC.AccountsCollateralReview@sba.gov.)

Individuals required to sign personal guaranties must sign an Unconditional Personal Guaranty, which is provided as part of the loan closing documents through the application portal. Unconditional Personal Guaranties must be signed by all required parties and returned to the SBA before the COVID EIDL loan funds will be disbursed. Personal guaranties are not a substitute for any collateral required by SBA. If SBA requires a personal guaranty, refusal to provide the guaranty is a basis for declining an application.

No personal guaranty is required for nonprofit organizations or Employee Stock Ownership Plans (ESOPs).

**Underwriting:**

Loans $500,000 or less:

- For profit businesses: Minimum credit score of 570 is required
- Repayment ability of for-profit businesses will be determined by the owner's credit score

Loans greater than $500,000:

- For profit businesses: Minimum credit score of 625 is required

5

- For loans greater than $500,000, SBA will underwrite your loan and provide you with an opportunity to choose your loan amount, which must be equal to or less than the maximum eligible loan amount calculated by SBA. As part of its underwriting, SBA will perform a cash flow analysis for your business to confirm your business's ability to repay the proposed COVID EIDL loan as well as your business's existing debt obligations.

### Am I eligible?

Applicants must be physically located in the United States or designated territory and must have suffered working capital losses due to the Coronavirus pandemic. The COVID EIDL application contains specific eligibility screening questions. A sample application is provided for reference.

**Immigration Status:**

For-profit businesses other than sole proprietorships: The business must have a valid IRS-issued tax identification number (TIN). Each owner, member, partner, or shareholders of 20% or more of the business must be a U.S. citizen, non-citizen national, or qualified alien with a valid Social Security Number.

Sole proprietorships: U.S. citizens, non-citizen nationals, and qualified aliens with a valid Social Security Number are eligible for COVID EIDL loans.

For more information on immigration status requirements, see SOP 50 30 9, Appendix 7. Lawful presence in the United States, alone, is not sufficient to establish that the individual is a qualified alien.

**Eligibility Based on Size:**

**In addition to other eligibility requirements, businesses must meet SBA COVID EIDL size standards. You meet COVID EIDL size requirements if _any_ of the following applies to you. You are:**

- A business that, together with affiliates, has not more than 500 employees;
- An agricultural enterprise that, together with affiliates, has not more than 500 employees;
- An individual who operates as a sole proprietorship, with or without employees, or as an independent contractor and, together with affiliates, has not more than 500 employees;
- A cooperative that, together with affiliates, has not more than 500 employees;
- A tribal small business concern, as described in 15 U.S.C. 657 a(b)(2)(C), with not more than 500 employees;

- A business, including an agricultural cooperative, aquaculture enterprise, nursery, or producer cooperative (but excluding all other agricultural enterprises), with more than 500 employees that is small under SBA Size Standards;
- A private nonprofit organization that is a non-governmental agency or entity that currently has an effective ruling letter from the IRS granting tax exemption under sections 501(c), (d), or (e) of the Internal Revenue Code of 1954, or satisfactory evidence from the State that the non-revenue producing organization or entity is a nonprofit one organized or doing business under State law, or a faith-based organization;
- A business that, together with affiliates, has more than 500 employees and:
  - is assigned a NAICS code beginning with:
    - 61 Educational Services;
    - 71 Arts, Entertainment and Recreation;
    - 72 Accommodation and Food Services;
    - 213 Support Activities for Mining; Industry group;
    - 3121 Beverage manufacturers;
    - 315 Apparel Manufacturing;
    - 448 Clothing and Clothing Accessories Stores;
    - 451 Sporting Good, Hobby, Book and Music Stores;
    - 481 Air Transportation;
    - 485 Transit and Ground Passenger Transportation;
    - 487 Scenic and Sightseeing Transportation;
    - 511 Publishing Industries (except Internet);
    - 512 Motion Picture and Sound Recording Industries;
    - 515 Broadcasting (except Internet);
    - 532 Rental and Leasing Services; and
    - 812 Personal and Laundry Services.

      (You can determine what NAICS code corresponds with your business.);

  - employs not more than 500 employees per physical location; and
  - has no more than 20 locations (this includes the number of locations that your affiliates have, if any).

**Ineligible entities:**

- Those that were not in operation on or before January 31, 2020 ("In operation" includes businesses that were in an organizing stage but had not yet opened for business. Evidence that you were in an organizing stage includes, but is not limited to business licenses, contractual agreements, purchase orders for machinery and equipment, advertisements, and employment classified ads)
- Those that do not meet program size standards
- Engaged in any illegal activities at the federal, state or local level (including sale of marijuana/cannabis)

- Loan packagers that earn more than 1/3 of gross annual revenue from packaging SBA loans
- Earn more than 1/3 of annual gross revenue from gambling
- Engaged in multi-level sales distribution, lending, investment, or real estate development or investment (other than rental properties)
- Primarily engaged in political or lobbying activities
- Applicant is a pawn shop that derived more than 50% of the previous year's income from interest
- Applicant is a life insurance company
- Publicly owned nonprofit organizations other than tribal business concerns
- Owned by a member of Congress
- Presents live performances of a prurient sexual nature or derives income from the sale of related products or services
- An entity where any owner of 50% or more of the entity is more than 60 days delinquent on child support obligations
- Applicant or any 20% or more owners currently suspended or debarred from contracting with the Federal government or receiving Federal grants or loans
- Any 20% or more owner of the applicant currently incarcerated
- Any 20% or more owner of the applicant presently subject to an indictment, criminal information, arraignment, or other means by which formal criminal charges are brought in any jurisdiction for any felony
- Any 20% or more owner of the applicant, within the last 5 years, for any felony involving fraud, bribery, embezzlement, or a false statement in a loan application or an application for federal financial assistance, has 1) been convicted; 2) pleaded guilty; 3) pleaded nolo contendere; or 4) commenced any form of parole or probation (including probation before judgment)?
- Any 20% or more owner of the applicant, in the past year, has been convicted of a felony committed during and in connection with a riot or civil disorder or other declared disaster
- Bankruptcy: See "What is the impact of bankruptcy on eligibility?" below
- Applicant is a business that operates as a franchise and is not listed on SBA's Franchise Directory
- Applicant business received revenue or rental income in 2019 and did not file a 2019 federal tax return

### *How do I know if I have affiliates?*

For COVID EIDL loans, an affiliated business (or "affiliate") is any business in which an applicant business:

- Owns at least 50 percent; or
- Has a right to profit distributions of at least 50 percent; or

8

- Has the contractual authority to control the direction of the business. The affiliation will be determined as of any agreements in existence as of January 31, 2020.

### *What is the impact of bankruptcy on eligibility?*

If the Applicant business (or the owner, if the business is a sole proprietor or an independent contractor) is currently in bankruptcy:

- The Applicant business is eligible if it is operating under an approved plan of reorganization under either a Chapter 5, Chapter 11, Chapter 12 or Chapter 13 bankruptcy. In order to receive COVID EIDL funds, Applicant must provide SBA with evidence of approval for the loan by the court/trustee for the bankruptcy case.
- The Applicant business is NOT eligible if it:
  - Filed for either a Chapter 5, Chapter 11, Chapter 12 or Chapter 13 bankruptcy but no plan of reorganization has been approved
  - Filed for a Chapter 7 bankruptcy, is undergoing a liquidating Chapter 11, and/or is permanently closed (Applicant is not eligible)

### *What documents do I need to complete my application?*

**If you were "in operation" before Jan. 1, 2020:**

2019 Federal Income Taxes, including all schedules, for the applicant business (required)

2020 Federal Income Taxes, including all schedules, for the applicant business (if available)

If the most recent Federal income tax return has not been filed, a year-end profit-and-loss statement and balance sheet for that tax year

For nonprofit organizations, a complete copy of the organization's IRS tax-exempt certifications and complete copies of the three most recent years of "Statement of Activities"

IRS Form 4506-T (You will complete this online when you apply)

After loan approval and before loan closing: If your business is not a sole proprietorship, you will be required to provide a Board resolution or certificate of authority providing authority to commit the business to the COVID EIDL loan. You may use your own Board resolution or ODA Form P-022 –Resolution and Certification Form.

**If you started being "in operation" on or between Jan. 1, 2020 and Jan. 31, 2020:**

2020 Federal Income Taxes, including all schedules, for the applicant business (if available)

If 2020 Federal Income Taxes for the applicant business are not available, you must submit internally or externally prepared business financial statements including balance sheet and profit and loss statement.

9

For nonprofit organizations, a complete copy of the organization's IRS tax-exempt certifications and complete copies of the years of "Statement of Activities" since inception

After loan approval and before loan closing: If your business is not a sole proprietorship, you will be required to provide a Board resolution or certificate of authority providing authority to commit the business to the COVID EIDL loan. You may use your own Board resolution or ODA Form P-022 –Resolution and Certification Form.

**Additional information that must be submitted for loans greater than $500,000:**

- SBA Form 2202 – Schedule of Liabilities
- List of Real Estate Owned
- SBA Form 413 – Personal Financial Statement for general partners, managing members, and all owners of 20% or more of the applicant business (Not required for nonprofit organizations)

**Additional information that may be requested after you submit your application:**

- Copy of government-issued photo identification of each principal owning 20 percent or more of the applicant business
- Current year-to-date profit-and-loss statement
- For loans less than or equal to $500,000: Schedule of Liabilities listing all fixed debts (SBA Form 2202 may be used)

### *What if I changed my business form of organization after I filed my 2019 taxes?*

If you were in operation on or before January 31, 2020 and subsequently changed your legal organization (e.g., you were a sole proprietorship and then you incorporated your business), you must use the tax identification number and address that you used on your 2019 business federal tax return.

SBA will check the financial information you provide in your application against the 2019 tax returns that you filed with the IRS. This is the purpose for having you complete the IRS Form 4506-T with your application. The IRS will not provide a verification if the data on your taxes does not match your COVID EIDL application. SBA will not approve your application without this IRS verification.

### *I'm not a U.S. Citizen but my business meets all other criteria for COVID EIDL. Am I eligible?*

All owners, members, partners, or shareholders of 20% or more of the business must be:

- US citizen with Social Security Number (SSN); or

- Non-US citizen who resides in the U.S. and is classified as a "non-citizen national" or "qualified alien" with SSN. Qualified aliens include permanent residents with a current green card

### By when must my business have been in operation in order to be eligible??

You must be able to prove your business was in operation on or before January 31, 2020. You may be asked to provide this documentation to prove your business was in operation on or prior to Jan. 31, 2020.

### I purchased my business after January 31, 2020. Am I eligible?

Businesses that had more than a 50 percent change of ownership after January 31, 2020 are ineligible unless the change in ownership involved a close family member or partner or the contract for sale existed prior to January 31, 2020.

### Should I submit separate applications if I have more than one business or location?

The way you apply is determined by how you file your federal taxes. For example:

- If you operate three locations but report all sales in one federal tax return, you should complete one application for all of your locations;
- If you operate three locations and file a separate federal tax return for each location, you should complete a separate application for each location;
- If you are a sole proprietor with multiple businesses:
  - If you report your business's revenues on a single Schedule C, you should complete one application;
  - If each of your businesses has its own tax identification number and you file separate Schedules C, you should complete a separate application for each business

### How much can I borrow?

For loans up to $500,000, your maximum eligible loan amount is determined by a formula based on the date you began operations. You will have the opportunity to choose your loan amount, which must be equal to or less than the maximum eligible loan amount calculated by SBA.

If you were in operation before January 1, 2019, your maximum eligible loan amount is calculated as follows: 2019 gross receipts or sales minus 2019 costs of goods sold multiplied by 2, or $500,000, whichever is less.

For applicants that began operations partially through 2019 or 2020, SBA will calculate your maximum eligible loan amount.

11

For applicants using rental loss, SBA will calculate your maximum eligible loan amount.

For loans greater than $500,000, SBA will underwrite your loan. As part of its underwriting, SBA will perform a cash flow analysis for your business to confirm your business's ability to repay the proposed COVID EIDL loan as well as your business's existing debt obligations.

### What lines from my tax return should I use for gross receipts, costs of goods sold, or costs of operation?

The lines used for gross receipts, costs of goods sold, and expenses vary by the entity tax return type.

LLCs should follow the instructions that apply to their tax filing status in the reference periods.)

| Entity Type | IRS Form | Gross Receipts | Costs of Goods Sold | Costs of Operation |
|---|---|---|---|---|
| Self-employed | 1040 Schedule C | Line 1 | Line 4 | N/A |
| Self-employed | 1040 Schedule F | Line 9 | N/A | Line 33 |
| S-Corporation | 1120-S | Line 1a | Line 2 | N/A |
| C-Corporation | 1120 | Line 1a | Line 2 | N/A |
| Cooperatives | 11201-C | Line 1a | Line 2 | N/A |
| Partnerships | 1065 | Line 1a | Line 2 | N/A |
| Privately owned nonprofit org | 990 | Line 12 | N/A | Line 18 |
| Privately owned nonprofit org | 990-EZ | Line 9 | N/A | Line 17 |

### Is there a limit to how much a corporate group can borrow?

Businesses that are part of a corporate group may not receive more than $10,000,000 in COVID EIDL loans in the aggregate.

Your business is part of a single corporate group if:

- You or your business has majority ownership, directly or indirectly in any other business that has a different tax identification from your business
- Your business is majority owned, directly or indirectly, by a parent company that has a different tax identification number from yours.

12

### Who can sign the application?

The application and other legal documents (such as the note and the loan authorization agreement) that require the applicant's signature must be signed by an individual authorized by the business to do so. Typically, this is the owner of the business, the CEO, or CFO.

### I have a business partner, but he/she does not want to be included on the COVID EIDL application. Can I still apply?

Information on all owners who own 20 percent or more of the business is required to be included on the application, and at least 81 percent of the ownership must be accounted for on the application.

For loans greater than $200,000, all owners who own 20 percent or more of the business, and any managing member or general partner, will be required to sign a personal guaranty.

### Is it okay to submit another application if I haven't heard from SBA?

**No.** Do not submit more than one application, as this will delay SBA's review of your application.

### What is the deadline to file an application?

The last day that applications may be <u>approved</u> is **December 31, 2021**. Be sure to file your application as soon as possible to allow processing time for approval.

### How do I get help with my loan application?

Contact SBA's Customer Service Center at 800-659-2955 (800-877-8339 for the deaf and hard of hearing) or DisasterCustomerService@sba.gov.

And, your local SBA District Office and resource partners such as local Small Business Development Centers (SBDC), Women's Business Development Centers (WBC), SCORE offices, or Veteran Business Outreach Centers (VBOC) will help at no cost. Find your local SBA office .

## Section 3: Submitting a COVID EIDL Increase Application

### Can I apply for additional loan funds if I already received a COVID EIDL loan?

Yes, you can apply for an increase up to the amount you qualify for or the $2,000,000 cap, whichever is lower. Due to the "Exclusivity Period," SBA will begin approving loans greater than $500,000 on Oct. 8, 2021.

### How do I request an increase to my loan?

Complete your request for an increase online by logging into your account in the COVID EIDL portal. **Do NOT apply for another loan** or your application may be flagged as a fraudulent application.

The deferment period for any loan increase will be 24 months from the date the COVID EIDL loan was first disbursed (not the date of increase). If you received a loan in 2020 or 2021 that does not have a 24-month deferment period, SBA will reset your deferment period to 24 months from the date your loan was first disbursed to you.

The amount of loan increase that you are eligible for is determined by the loan amount that you would be eligible for if you applied today minus the loan (including any increases) that you have already received. You may apply for an additional increase even if you have already applied for and received previous loan increase.

For example, if you are eligible for a $700,000 COVID EIDL loan today, but your current COVID EIDL loan is $500,000 (either because your maximum loan amount was capped in the past or because you elected to take less than the full amount), you are eligible to request an increase of $200,000.

**Collateral and fees:**

- For loans greater than $25,000 (including your original loan amount plus the amount of your loan increase), if SBA does not already have a UCC-1 lien on the business assets, SBA will charge a one-time $100 fee for filing a UCC-1 lien.
- For loans greater than $500,000 (including your original loan amount plus the amount of your loan increase):
  - If SBA does not already have a UCC-1 lien on the business assets, SBA will charge a one-time $100 fee for filing a UCC-1 lien;
  - If SBA does not already have a lien on business real estate, SBA will require a best available mortgage on real estate owned by the applicant business. Additionally, the borrower will be responsible for recording the real estate lien and paying the associated fees.

**Personal Guaranty:** Required for loans greater than $200,000 (which includes your original loan amount plus the amount of your loan increase). See "Personal Guaranty" in Section 2 above for more information.

SBA will contact you if additional information is needed.

### How do I get help with my loan increase?

Contact SBA's Customer Service Center at 800-659-2955 (800-877-8339 for the deaf and hard of hearing) or DisasterCustomerService@sba.gov.

14

## Section 4: Application Status and SBA Decision

### *How do I check the status of my application?*

You can check the status of your application any time by logging into your account in the SBA portal.

### *What can I do to decrease the processing time of my application?*

You can reduce the total time it takes for your application to be reviewed by responding quickly to any SBA requests for applicant information, signatures, and approvals. This allows the review team to move your application through each processing step faster.

### *If my COVID EIDL application was declined, is it possible for me to correct any errors and to re-apply?*

Yes, this can be done via the reconsideration process outlined in your decline letter.

### *How will SBA communicate with me?*

An SBA loan officer may contact you by telephone or email if additional information is required to process your loan application. Do not send any personally identifiable information, such as your Social Security Number or Federal Tax Returns to any email address that does not end with @sba.gov. You may be invited to upload specific documents via the application portal. SBA will always send emails from an address that ends with @sba.gov. If your application is approved, you will receive an email with instructions.

### *What can I do if my application is declined?*

You will receive an email explaining why the application was declined, including instructions on how to request reconsideration.

Send reconsideration requests to **PDCrecons@sba.gov.**

Include your application number, any information required to overcome the reason for decline, and any additional information that may assist us in processing your request.

If the decline letter requested specific information or documentation for reconsideration, you **must** include those items. Be sure to include:

- Business Name (both the legal name and DBA if applicable)
- Borrower's Name
- Business Federal Tax Id: EIN, SSN, or ITIN
- Application/Loan Number

You can request reconsideration in writing; however, the last day that applications or reconsiderations may be approved is December 31, 2021. Be sure to file your request for reconsideration as soon as possible to allow processing time for approval.

If you do not respond within 7 days to a request for additional information from SBA, your application may be declined. You may request a reconsideration to reactivate your application.

### What are the most common reasons for decline?

The most common reasons for a decline include:

- Unsatisfactory credit history - Credit score does not meet minimum credit score requirement. You may request reconsideration to reactivate your application and submit additional financial information to demonstrate repayment ability.
- Unverifiable information - During the review process there were one or more items that were reviewed that caused the SBA to question the validity of certain information in the application. This can occur as a result of a failed identity verification, international IP address, client device associated with fraud, or high-risk IP address. You may request a reconsideration to reactivate your application and submit additional information.
- SBA was unable to approve the application because the business, together with its affiliates, has reached the $2M limit. You may request reconsideration to reactivate your application if you believe that assessment may have been in error.
- Ineligible non-US citizen status - Owners of 20% or more of the applicant business must be US citizens, non-citizen nationals, legal permanent resident, or certain asylees.  If you believe this determination was made in error you may request reconsideration to reactivate your application and submit additional information to substantiate owner citizen, non-citizen national, or qualified alien status.
- Business activity not eligible - The information you submitted with your application does not meet SBA regulations for an eligible business activity as described in Section 2 above.
- Failure to respond. If you do not respond to the request for additional information within 7 days, the application will be withdrawn with a status of borrower did not wish to proceed. You may request a reconsideration to reactivate an application within a reasonable period of time pending funds available.

### How do I securely upload documents to SBA?

You can contact SBA by phone at 800-659-2955 or by email at PDCrecons@sba.gov to request a secure mode of uploading documents.

16

## Section 5: Post-Disbursement of Approved COVID EIDL Loan Funds

### How will I get my money?

When your application is approved, SBA will provide you with loan documents that must be completed and signed. Be sure to keep a copy for your records.

For loans where SBA is not filing a lien on real estate, loan proceeds are electronically deposited to your bank account within 5-10 business days of the time that SBA receives your completed loan documents. For loans greater than $500,000 where SBA requires a lien on real estate, proof of recorded mortgage/deed of trust and flood insurance, if applicable, will be required prior to disbursement of loan proceeds.

### How do I make payments on my loan?

Payments are deferred for the first 2 years (during which interest will accrue), and payments of principal and interest are made over the remaining 28 years. You may make prepayments at any time without penalty. SBA will send you a monthly bill beginning the month before the first payment is due.

Without any action on the part of the borrower, SBA will extend the deferment period of all COVID EIDL loans to 24 months if they do not already have a 24-month deferment period. For borrowers that receive a loan increase, the deferment period begins on the date of the disbursement of the original loan.

You may set up online payments by completing an SBA Form 1201 Borrower Payment on Pay.gov.

**Or** mail payments to:

U.S. Small Business Administration
P.O. Box 3918
Portland, OR 97208-3918

When mailing payments, include:

- Business Name
- Borrower's Name
- Borrower's Address
- Account Number
- Tax ID/EIN or SSN
- 10-digit SBA Loan Number

17

### Who do I contact after my loan is closed if I need help?

Contact SBA's Customer Service Center at 800-659-2955 (800-877-8339 for the deaf and hard of hearing) or DisasterCustomerService@sba.gov.

### What do I do if my loan application was approved, but I'm experiencing a significant delay in receiving the funds?

It's possible there is an error with the bank account information you submitted. Contact SBA's Customer Service Center at 800-659-2955 (800-877-8339 for the deaf and hard of hearing) or DisasterCustomerService@sba.gov for assistance.

### What are my record keeping requirements?

You must retain tax returns and financial records for all loan funds spent for 3 years.

### If I've already received a COVID EIDL loan and I've been affected by another disaster such as a flood, can I ask for more funds?

If you are in an area that has a Disaster Declaration, which includes disasters such as flooding, storm damage, wildfires, or earthquakes, you may be eligible for additional SBA disaster loans to cover damage to your home, personal possessions and/or business. Check DisasterLoanAssistance.sba.gov to see if there is a disaster declaration for your area.

### If I get another SBA disaster loan due to different disaster event, can I consolidate the new loan with my COVID EIDL loan? Or can I use it to pay off the COVID EIDL loan?

No. Each SBA disaster loan is a separate loan. They cannot be consolidated. If you qualify for another SBA disaster loan due to a different declared disaster in your area, the new loan must be used for the purposes listed in your loan closing documents, which may include working capital or physical damage repairs. The terms and conditions of other disaster loans may be different than those of the COVID EIDL loan.

### Can I sell my business after I receive the COVID EIDL loan?

It's possible for someone to assume your COVID EIDL loan. There are also circumstances where you would be required to repay the loan in full upon sale of your business. Please see SBA SOP 50 52 for more information.

18

## Section 6: Fraud, Waste, and Abuse

### How do I report fraud, waste, or abuse?

Contact the Office of Inspector General to file an online complaint:

Online Complaint Submission System

### What if somebody stole my identity to apply for and obtain EIDL assistance in my name?

If you suspect that someone used your personal information without your knowledge or permission to obtain SBA COVID EIDL loan assistance, please download this EIDL identity theft letter for step-by-step instructions on how to report the identity theft case to SBA, including how to file an SBA Declaration of Identity Theft.

The letter also includes recommended next steps you should take to protect yourself from further financial harm as a result of identity theft, such as reporting the identity theft to the Federal Trade Commission (FTC) at IdentityTheft.gov as well as adding a fraud alert or credit freeze to your credit reports.

### How do I remove the hard inquiry from my credit report as a result of identity theft?

You can dispute a hard inquiry and request that it be removed as a result of identity theft by contacting Experian directly at 1-800-888-397-3742 or online at Experian Disputes.

### Why am I still receiving monthly statements after I reported the identity theft to SBA?

You may continue to receive monthly statements while SBA is working to review your identity theft documents and to address the open loan debt. The statements do not reflect the status of the ongoing review of the identity theft. SBA will send you a separate written confirmation when the identity theft review is completed, and the loan debt has been resolved.

# Exhibit B pg 1

## STATE OF WYOMING
## Office of the Secretary of State

I, EDWARD A. BUCHANAN, Secretary of State of the State of Wyoming, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

CERTIFICATE OF ORGANIZATION

**Scott Marketing LLC**

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **22nd** day of **December**, **2019** at **7:02 AM.**

Remainder intentionally left blank.



Filed Date: 12/22/2019

Secretary of State

Filed Online By:

Sonia Becerra

on 12/22/2019

# Exhibit D pg 1

## Initiate Business Checking℠

April 30, 2021 ■ Page 1 of 16



SCOTT MARKETING LLC
1915 E LINDA VISTA AVE
VENTURA CA 93001-2315

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-CALL-WELLS** (1-800-225-5935)
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

---

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ☐ |

 IMPORTANT ACCOUNT INFORMATION

The following dedicated text telephone/telecommunication device for the deaf (TTY/TDD) lines are being retired on March 5, 2021: 800-877-4833, 800-419-2265 and 800-600-4833. We accept relay-assisted calls, including calls from the 711 service, when customers call any Wells Fargo customer service toll-free phone number. Wells Fargo will continue to provide excellent service to our deaf or hard of hearing customers and customers with speech disorders.

## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 4/1 | $9,322.30 |
| Deposits/Credits | 140,011.19 |
| Withdrawals/Debits | - 137,612.15 |
| **Ending balance on 4/30** | **$11,721.34** |



Account number: **1850384841**

**SCOTT MARKETING LLC**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

# Exhibit C Pg 1-34

**LAW OFFICES OF JOHN V. SCANNELL APC**
**3838 CAMINO DEL RIO NORTH, SUITE 120**
**SAN DIEGO, CA 92108**
**619-296-3300**

November 3, 2021

Scott Raley
1915 E Linda Vista Ave
Ventura, CA 93003

Dear Scott,

Your 2019 Amended Federal Individual Tax Return will be electronically filed with the Internal Revenue Service upon receipt of a signed Form 8879, IRS e-file Signature Authorization.  No tax is payable with the filing of this return.

Your Amended 2019 California Individual Income Tax Return will be electronically filed with the FTB upon receipt of a signed Form 8879 - California e-file Signature Authorization.  No tax is payable with the filing of this return.

Please be sure to call if you have any questions.

Sincerely,


John Scannell

**Law Offices Of John V. Scannell APC**
3838 Camino Del Rio North, Suite 120
San Diego, CA 92108
619-296-3300

Client RALEYAM
November 3, 2021

Scott Raley
1915 E Linda Vista Ave
Ventura, CA 93003

| FEDERAL FORMS | |
| --- | --- |
| Form 1040 | 2019 U.S. Individual Income Tax Return |
| Form 1040X | Amended U.S. Individual Income Tax Return |
| Schedule 1 | Additional Income and Adjustments to Income |
| Schedule C | Profit or Loss From Business |
| Form 8829 | Expenses for Business Use of Your Home |
| Form 8879 | IRS e-file Signature Authorization |
| Form 8995 | Qualified Business Income Deduction |

| CALIFORNIA FORMS | |
| --- | --- |
| Form 540 | 2019 California Resident Income Tax Return |
| Schedule CA | California Adjustments |
| Schedule X | California Amended Return |
| Form 3805V | NOL Carryover and Disaster Loss Deduction |
| Form 8879 | California e-file Signature Authorization |

| FEE SUMMARY | | |
| --- | --- | --- |
| Preparation Fee | $ | 200.00 |
| Received on Account | | (200.00) |
| Amount Due | $ | 0.00 |

| **2019** | **Federal Income Tax Summary** | | **Page 1** |
|---|---|---|---|
| | Scott Raley | | 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 |

| | **2019** | **2018** | **Diff** |
|---|---|---|---|
| **INCOME** | | | |
| Business income | -174,847 | 0 | -174,847 |
| Other income | -213,009 | -213,009 | 0 |
| Total income | -387,856 | -213,009 | -174,847 |
| **ADJUSTMENTS TO INCOME** | | | |
| Total adjustments | 0 | 0 | 0 |
| Adjusted gross income | -387,856 | -213,009 | -174,847 |
| **ITEMIZED DEDUCTIONS** | | | |
| Taxes | 328 | 355 | -27 |
| Total itemized deductions | 328 | 355 | -27 |
| **TAX COMPUTATION** | | | |
| Standard deduction | 12,200 | 12,000 | 200 |
| Larger of itemized or standard deduction | 12,200 | 12,000 | 200 |
| Taxable income | -400,056 | -225,009 | -175,047 |
| Tax before credits | 0 | 0 | 0 |
| **CREDITS** | | | |
| Total credits | 0 | 0 | 0 |
| Tax after credits | 0 | 0 | 0 |
| **OTHER TAXES** | | | |
| Total tax | 0 | 0 | 0 |
| **PAYMENTS** | | | |
| Total payments | 0 | 0 | 0 |
| **REFUND OR AMOUNT DUE** | | | |
| Amount you owe | 0 | 0 | 0 |
| **TAX RATES** | | | |
| Marginal tax rate | 0.0% | 0.0% | 0.0% |

| 2019 | Federal Income Tax Summary | Page 1 |
|---|---|---|
| | Scott Raley | 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 |

| INCOME | 2019 | 2018 | Diff |
|---|---|---|---|
| Business income | -174,847 | 0 | -174,847 |
| Other income | -213,009 | -213,009 | 0 |
| Total income | -387,856 | -213,009 | -174,847 |
| **ADJUSTMENTS TO INCOME** | | | |
| Total adjustments | 0 | 0 | 0 |
| Adjusted gross income | -387,856 | -213,009 | -174,847 |
| **ITEMIZED DEDUCTIONS** | | | |
| Taxes | 328 | 355 | -27 |
| Total itemized deductions | 328 | 355 | -27 |
| **TAX COMPUTATION** | | | |
| Standard deduction | 12,200 | 12,000 | 200 |
| Larger of itemized or standard deduction | 12,200 | 12,000 | 200 |
| Taxable income | -400,056 | -225,009 | -175,047 |
| Tax before credits | 0 | 0 | 0 |
| **CREDITS** | | | |
| Total credits | 0 | 0 | 0 |
| Tax after credits | 0 | 0 | 0 |
| **OTHER TAXES** | | | |
| Total tax | 0 | 0 | 0 |
| **PAYMENTS** | | | |
| Total payments | 0 | 0 | 0 |
| **REFUND OR AMOUNT DUE** | | | |
| Amount you owe | 0 | 0 | 0 |
| **TAX RATES** | | | |
| Marginal tax rate | 0.0% | 0.0% | 0.0% |

| 2019 | Agency Disclosure Statements | Page 1 |
|------|------------------------------|--------|
| Client | Scott Raley | 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 |

## California Disclosure Statements

**Statement: Refund Expectations**

California Franchise Tax Board is providing a URL about refund processing. Industry partners must use this URL or other method prescribed by the jurisdiction in all products. The messages must be shown to end-users within the software in a way to maximize the likelihood the message is read.  For more information, please visit https://www.ftb.ca.gov/refund/index.asp

**Statement: Driver's License/ID Card Expectations**

California driver's license or state ID card information is not required to e-file a California tax return and tax returns will not be rejected if this information isn't provided. We ask for your assistance to combat stolen-identity tax fraud and to protect taxpayers and their refunds.  For more information, please visit https://www.ftb.ca.gov/about-ftb/newsroom/tax-news/print-version/october-2017.pdf

| 2019 | General Information | Page 1 |
|------|---------------------|--------|
| | Scott Raley | 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 |

**Forms needed for this return**

```
Federal:    1040, Sch 1, 1040X, Sch C, 8829, 8879, 8995
California: 540, Sch CA, Sch X, 3805V, e-file Instructions, e-file Consent
            e-file Form 8879
```

**Tax Rates**

| | Marginal | Effective |
|------|----------|-----------|
| Federal | 0.% | 0.% |
| California | 0.% | 0.% |

**Carryovers to 2020**

Federal Carryovers

| | |
|---|---|
| Current Year Net Operating Loss | 174,847. |
| Prior Net Operating Loss | 213,009. |
| Current Year AMT Net Operating Loss | 174,847. |
| Prior AMT Net Operating Loss | 213,009. |
| Total Qualified Business Loss Carryforward (QBI) | 174,847. |
| Bus Use of Home Operating Expenses | 24,000. |
| AMT Bus Use of Home Operating Exp | 24,000. |

California Carryovers

| | |
|---|---|
| Current Year Net Operating Loss | 174,847. |
| Prior Net Operating Loss | 213,009. |
| Current Year AMT Net Operating Loss | 174,847. |
| Prior AMT Net Operating Loss | 213,009. |
| Bus Use of Home Operating Expenses | 24,000. |
| AMT Bus Use of Home Operating Exp | 24,000. |

SCOTT RALEY                                                          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

## FTB e-file
## Tax Return Signature / Consent to Disclosure

**ERO Declaration**

I declare that the information contained in this electronic tax return is the information furnished to me by the taxpayer. If the taxpayer furnished me a completed tax return, I declare that the information contained in this electronic tax return is identical to that contained in the return provided by the taxpayer. If the furnished return was prepared by a paid preparer, I declare that the paid preparer manually signed the return and that I have entered the paid preparer's identifying information in the appropriate portion of this electronic return. If I am also the paid preparer, under penalties of perjury, I declare that I have examined the above taxpayer's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. I make this declaration based on all information of which I have knowledge.

I have provided the taxpayer(s) with a copy of all forms and information that I will file with the FTB and I have followed all other requirements described in FTB Pub. 1345, *2019 e-file Handbook for Authorized e-file Providers*.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**ERO Signature**

I am signing this Tax Return by entering my PIN below.

ERO's PIN   33321365444
            *(enter EFIN plus 5 Self-Selected numerics)*

| Form **8879** | IRS *e-file* Signature Authorization | OMB No. 1545-0074 |
|---|---|---|
| | ▶ ERO must obtain and retain completed Form 8879. | **2019** |
| Department of the Treasury Internal Revenue Service | ▶ Go to *www.irs.gov/Form8879* for the latest information. | |

Submission Identification Number (SID)  ▶

| Taxpayer's name | Social security number |
|---|---|
| Scott Raley | 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 |
| Spouse's name | Spouse's social security number |

| **Part I** | **Tax Return Information – Tax Year Ending December 31, 2019** (Whole dollars only) | | |
|---|---|---|---|
| 1 | Adjusted gross income (Form 1040 or 1040-SR, line 8b; Form 1040-NR, line 35) | **1** | -387,856. |
| 2 | Total tax (Form 1040 or 1040-SR, line 16; Form 1040-NR, line 61) | **2** | |
| 3 | Federal income tax withheld from Forms W-2 and 1099 (Form 1040 or 1040-SR, line 17; Form 1040-NR, line 62a) | **3** | |
| 4 | Refund (Form 1040 or 1040-SR, line 21a; Form 1040-NR, line 73a; Form 1040-SS, Part I, line 13a) | **4** | |
| 5 | Amount you owe (Form 1040 or 1040-SR, line 23; Form 1040-NR, line 75) | **5** | |

| **Part II** | **Taxpayer Declaration and Signature Authorization (Be sure you get and keep a copy of your return)** |
|---|---|

Under penalties of perjury, I declare that I have examined a copy of my electronic individual income tax return and accompanying schedules and statements for the tax year ending December 31, 2019, and to the best of my knowledge and belief, they are true, correct, and complete. I further declare that the amounts in Part I above are the amounts from my electronic income tax return. I consent to allow my intermediate service provider, transmitter, or electronic return originator (ERO) to send my return to the IRS and to receive from the IRS (a) an acknowledgement of receipt or reason for rejection of the transmission, (b) the reason for any delay in processing the return or refund, and (c) the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of my federal taxes owed on this return and/or a payment of estimated tax, and the financial institution to debit the entry to this account. This authorization is to remain in full force and effect until I notify the U.S. Treasury Financial Agent to terminate the authorization. To revoke (cancel) a payment, I must contact the U.S. Treasury Financial Agent at 1-888-353-4537. Payment cancellation requests must be received no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I further acknowledge that the personal identification number (PIN) below is my signature for my electronic income tax return and, if applicable, my Electronic Funds Withdrawal Consent.

**Taxpayer's PIN: check one box only**

[X] I authorize <u>Law Offices Of John V. Scannell APC</u> to enter or generate my PIN  <u>81255</u> as my
ERO firm name     Enter five digits, but don't enter all zeros

signature on my tax year 2019 electronically filed income tax return.

[ ] I will enter my PIN as my signature on my tax year 2019 electronically filed income tax return. Check this box **only** if you are entering your own PIN **and** your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Your signature  ▶ _____   Date ▶ _____

**Spouse's PIN: check one box only**

[ ] I authorize _____ to enter or generate my PIN _____ as my
ERO firm name     Enter five digits, but don't enter all zeros

signature on my tax year 2019 electronically filed income tax return.

[ ] I will enter my PIN as my signature on my tax year 2019 electronically filed income tax return. Check this box **only** if you are entering your own PIN **and** your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Spouse's signature  ▶ _____   Date ▶ _____

| Practitioner PIN Method Returns Only — continue below |
|---|

| **Part III** | **Certification and Authentication — Practitioner PIN Method Only** |
|---|---|

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN.  <u>33321365444</u>
Don't enter all zeros

I certify that the above numeric entry is my PIN, which is my signature for the tax year 2019 electronically filed income tax return for the taxpayer(s) indicated above. I confirm that I am submitting this return in accordance with the requirements of the Practitioner PIN method and **Pub. 1345**, Handbook for Authorized IRS *e-file* Providers of Individual Income Tax Returns.

ERO's signature  ▶ John Scannell   Date ▶ _____

**ERO Must Retain This Form — See Instructions**
**Don't Submit This Form to the IRS Unless Requested To Do So**

| **BAA For Paperwork Reduction Act Notice, see your tax return instructions.** | Form **8879** (2019) |
|---|---|

Form **1040-X**
(Rev. January 2020)

Department of the Treasury — Internal Revenue Service

# Amended U.S. Individual Income Tax Return

▸ Go to *www.irs.gov/Form1040X* for instructions and the latest information.

OMB No. 1545-0074

| This return is for calendar year | ☒ 2019 | ☐ 2018 | ☐ 2017 | ☐ 2016 |
|---|---|---|---|---|

Other year. Enter one: calendar year ____ **or fiscal year** (month and year ended): ____

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| Scott | Raley | 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 |
| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |

Current home address (number and street). If you have a P.O. box, see instructions. | Apt. no. | Your phone number

1915 E Linda Vista Ave

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below. See instructions.

Ventura, CA 93003

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|

**Amended return filing status.** You **must** check one box even if you are not changing your filing status. **Caution:** In general, you can't change your filing status from a joint return to separate returns after the due date.

☐ **Full-year health care coverage** (or, for amended 2018 returns only, **exempt**). If amending a 2019 return, leave blank. See instructions.

☒ Single   ☐ Married filing jointly   ☐ Married filing separately (MFS)   ☐ Qualifying widow(er) (QW)   ☐ Head of household (HOH)

If you checked the MFS box, enter the name of spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent. ▸

Use Part III on page 2 to explain any changes

| | | | A. Original amount reported or as previously adjusted (see instructions) | B. Net change — amount of increase or (decrease) — explain in Part III | C. Correct amount |
|---|---|---|---|---|---|
| **Income and Deductions** | | | | | |
| 1 | Adjusted gross income. If a net operating loss (NOL) carryback is included, check here. ▸ | **1** | −337,017. | −50,839. | −387,856. |
| 2 | Itemized deductions or standard deduction | **2** | 12,200. | | 12,200. |
| 3 | Subtract line 2 from line 1 | **3** | −349,217. | −50,839. | −400,056. |
| 4a | Exemptions (amended 2017 or earlier returns only). **If changing,** complete Part I on page 2 and enter the amount from line 29. | **4a** | | | |
| b | Qualified business income deduction (amended 2018 or later returns only). | **4b** | | | |
| 5 | Taxable income. Subtract line 4a or 4b from line 3. If the result is zero or less, enter -0- | **5** | | | |
| **Tax Liability** | | | | | |
| 6 | Tax. Enter method(s) used to figure tax (see instructions): Table | **6** | | | |
| 7 | Credits. If a general business credit carryback is included, check here. ▸ | **7** | | | |
| 8 | Subtract line 7 from line 6. If the result is zero or less, enter -0- | **8** | | | 0. |
| 9 | Health care: individual responsibility (amended 2018 or earlier returns only). See instructions. | **9** | | | |
| 10 | Other taxes | **10** | | | |
| 11 | Total tax. Add lines 8, 9, and 10. | **11** | | | |
| **Payments** | | | | | |
| 12 | Federal income tax withheld and excess social security and tier 1 RRTA tax withheld. **(If changing, see instructions.)** | **12** | | | |
| 13 | Estimated tax payments, including amount applied from prior year's return | **13** | | | |
| 14 | Earned income credit (EIC). | **14** | | | |
| 15 | Refundable credits from: ☐ Schedule 8812 ☐ Form(s) ☐ 2439 ☐ 4136 ☐ 8863 ☐ 8885 ☐ 8962 or ☐ other (specify): | **15** | | | |
| 16 | Total amount paid with request for extension of time to file, tax paid with original return, and additional tax paid after return was filed | **16** | | | |
| 17 | Total payments. Add lines 12 through 15, column C, and line 16. | **17** | | | |
| **Refund or Amount You Owe** | | | | | |
| 18 | Overpayment, if any, as shown on original return or as previously adjusted by the IRS | **18** | | | |
| 19 | Subtract line 18 from line 17. (If less than zero, see instructions.) | **19** | | | |
| 20 | **Amount you owe.** If line 11, column C, is more than line 19, enter the difference | **20** | | | |
| 21 | If line 11, column C, is less than line 19, enter the difference. This is the amount **overpaid** on this return | **21** | | | |
| 22 | Amount of line 21 you want **refunded to you** | **22** | | | |
| 23 | Amount of line 21 you want applied to your (enter year): ____ estimated tax. | **23** | | | |

Complete and sign this form on page 2.

**BAA   For Paperwork Reduction Act Notice, see instructions.**   FDIA1812L  01/10/20   Form **1040-X** (Rev. 1-2020)

Form 1040-X (Rev. 1-2020)  Scott Raley       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     Page **2**

**Part I** | **Exemptions and Dependents**

Complete this part **only** if any information relating to exemptions (to dependents if amending your 2018 or later return) has changed from what you reported on the return you are amending. This would include a change in the number of exemptions (of dependents if amending your 2018 or later return).

| CAUTION! *For amended 2018 or later returns only, leave lines 24, 28, and 29 blank. Fill in all other applicable lines.*<br><br>**Note:** See the Forms 1040 and 1040-SR, or Form 1040A, instructions for the tax year being amended. See also the Form 1040-X instructions. | | **A.** Original number of exemptions or amount reported or as previously adjusted | **B.** Net change | **C.** Correct number or amount |
|---|---|---|---|---|
| 24 | Yourself and spouse. **Caution:** If someone can claim you as a dependent, you can't claim an exemption for yourself. If amending your 2018 or later return, leave line blank............................... **24** | | | |
| 25 | Your dependent children who lived with you............................ **25** | | | |
| 26 | Your dependent children who didn't live with you due to divorce or separation.............. **26** | | | |
| 27 | Other dependents........................................................ **27** | | | |
| 28 | Total number of exemptions. Add lines 24 through 27. If amending your 2018 or later return, leave line blank.......................... **28** | | | |
| 29 | Multiply the number of exemptions claimed on line 28 by the exemption amount shown in the instructions for line 29 for the year you are amending. Enter the result here and on line 4a on page 1 of this form. If amending your 2018 or later return, leave line blank......................... **29** | | | |

30   List ALL dependents (children and others) claimed on this amended return. If more than 4 dependents, see instructions and ✓ here ▶

| Dependents (see instructions):<br>(a) First name     Last name | (b) Social security number | (c) Relationship to you | (d) ✓ if qualifies for (see instructions): | |
|---|---|---|---|---|
| | | | Child tax credit | Credit for other dependents (amended 2018 or later returns only) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II** | **Presidential Election Campaign Fund**

Checking below won't increase your tax or reduce your refund.

☐ Check here if you didn't previously want $3 to go to the fund, but now do.

☐ Check here if this is a joint return and your spouse did not previously want $3 to go to the fund, but now does.

**Part III** | **Explanation of Changes.** In the space provided below, tell us why you are filing Form 1040-X.

▶ Attach any supporting documents and new or changed forms and schedules.

The return is being amended to include the Schedule C that was not on the ppprevious retun.

Remember to keep a copy of this form for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information about which the preparer has any knowledge.

**Sign Here**

▶ _____      Date _____     Self Employed
Your signature                                    Your occupation

▶ _____     Date _____
Spouse's signature. If a joint return, **both** must sign.               Spouse's occupation

**Paid Preparer Use Only**                      Law Offices Of John V. Scannell APC
▶ John Scannell                         Firm's name (or yours if self-employed)
Preparer's signature             Date        3838 Camino Del Rio North, Suite 120
John Scannell                         San Diego, CA 92108
Print/type preparer's name                    Firm's address and ZIP code
P00076788                ☐ Check if self-employed    619-296-3300     20-0633200
PTIN                                         Phone number         EIN

For forms and publications, visit *www.irs.gov.*       FDIA1312L  10/03/19       Form **1040-X** (Rev. 1-2020)

| Form **1040** | Department of the Treasury — Internal Revenue Service (99) **U.S. Individual Income Tax Return** | **2019** | OMB No. 1545-0074 | IRS Use Only — Do not write or staple in this space. |
|---|---|---|---|---|

**Filing Status**
Check only one box.

[X] Single   [ ] Married filing jointly   [ ] Married filing separately (MFS)   [ ] Head of household (HOH)   [ ] Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent. ▶

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| Scott Raley | | 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 |

| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
|---|---|---|

Home address (number and street). If you have a P.O. box, see instructions.   Apt. no.
1915 E Linda Vista Ave

City, town or post office, state and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
Ventura, CA 93003

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.   [ ] You   [ ] Spouse

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|

If more than four dependents, see instructions and ✓ here ▶ [ ]

**Standard Deduction**   Someone can claim:   [ ] You as a dependent   [ ] Your spouse as a dependent
[ ] Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**   You:   [ ] Were born before January 2, 1955   [ ] Are blind   **Spouse:**   [ ] Was born before January 2, 1955   [ ] Is blind

**Dependents** (see instructions):

| (1) First name   Last name | (2) Social security number | (3) Relationship to you | (4) ✓ If qualifies for (see instructions): Child tax credit | Credit for other dependents |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| | 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . . . . . . . . . . . . . . | **1** | |
| | 2a | Tax-exempt interest . . . . . . . . . . | 2a | | **b** Taxable int. Att. Sch. B if reqd . . . . . . | **2b** | |
| | 3a | Qualified dividends . . . . . . . . . | 3a | | **b** Ordinary div. Att. Sch. B if reqd . . . . . | **3b** | |
| | 4a | IRA distributions . . . . . . . . . . | 4a | | **b** Taxable amount. . . . . . . . . . . . | **4b** | |
| | c | Pensions and annuities . . . . . . . | 4c | | **d** Taxable amount. . . . . . . . . . . | **4d** | |
| | 5a | Social security benefits . . . . . . . . | 5a | | **b** Taxable amount. . . . . . . . . . . | **5b** | |
| **Standard Deduction for —** | 6 | Capital gain or (loss). Attach Schedule D if required. If not required, check here . . . . . . . . . . . . . . . ▶ [ ] | **6** | |
| • Single or Married filing separately, $12,200 | 7a | Other income from Schedule 1, line 9. . . . . . . . . . . . . . . . . . . . . . . . . . | **7a** | -387,856. |
| • Married filing jointly or Qualifying widow(er), $24,400 | b | Add lines 1, 2b, 3b, 4b, 4d, 5b, 6, and 7a. This is your **total income** . . . . . . . . . . ▶ | **7b** | -387,856. |
| • Head of household, $18,350 | 8a | Adjustments to income from Schedule 1, line 22 . . . . . . . . . . . . . . . . . . . . ▶ | **8a** | |
| • If you checked any box under *Standard Deduction,* see instructions. | b | Subtract line 8a from line 7b. This is your **adjusted gross income** . . . . . . . . . . ▶ | **8b** | -387,856. |
| | 9 | Standard deduction or itemized deductions (from Schedule A) . . . . . . . . . | 9 | 12,200. | | |
| | 10 | Qualified business income deduction. Attach Form 8995 or Form 8995-A . . . . | 10 | | | |
| | 11a | Add lines 9 and 10 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **11a** | 12,200. |
| | **b** | **Taxable income.** Subtract line 11a from line 8b. If zero or less, enter -0- . . . . . . . . . | **11b** | 0. |

**BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.**   Form **1040** (2019)

FDIA0112L   10/07/19

Form 1040 (2019)   Scott Raley                                    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      Page **2**

| | | | | | | |
|---|---|---|---|---|---|---|
| 12a | **Tax** (see inst.) Check if any from Form(s):   1 ☐ 8814 | | | | | |
| | 2 ☐ 4972   3 ☐ _____ | | 12a | 0. | | |
| b | Add Schedule 2, line 3, and line 12a and enter the total ................ ▶ | | | | 12b | 0. |
| 13a | Child tax credit or credit for other dependents ................ | | 13a | | | |
| b | Add Schedule 3, line 7, and line 13a and enter the total ................ ▶ | | | | 13b | |
| 14 | Subtract line 13b from line 12b. If zero or less, enter -0- ................ | | | | 14 | 0. |
| 15 | Other taxes, including self-employment tax, from Schedule 2, line 10 ............ | | | | 15 | |
| 16 | Add lines 14 and 15. This is your **total tax** ................ ▶ | | | | 16 | 0. |
| 17 | Federal income tax withheld from Forms W-2 and 1099 ................ | | | | 17 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | Other payments and refundable credits: | | | | | |
| a | Earned income credit (EIC) ................ | | 18a | | | |
| b | Additional child tax credit. Attach Schedule 8812 ............ | | 18b | | | |
| c | American opportunity credit from Form 8863, line 8 ......... | | 18c | | | |
| d | Schedule 3, line 14 ................ | | 18d | | | |
| e | Add lines 18a through 18d. These are your **total other payments and refundable credits** ................ ▶ | | | | 18e | |
| 19 | Add lines 17 and 18e. These are your **total payments** ................ ▶ | | | | 19 | 0. |

Marginal notes: • If you have a qualifying child, attach Sch. EIC. • If you have nontaxable combat pay, see instructions.

**Refund**

| | | | | |
|---|---|---|---|---|
| 20 | If line 19 is more than line 16, subtract line 16 from line 19. This is the amount you **overpaid** ........ | | 20 | |
| 21a | Amount of line 20 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | | 21a | |

Direct deposit?
See instructions.
▶ **b** Routing number _____  ▶ **c** Type: ☐ Checking  ☐ Savings
▶ **d** Account number _____

| | | | | |
|---|---|---|---|---|
| 22 | Amount of line 20 you want applied to your 2020 estimated tax ▶ | 22 | | |

**Amount You Owe**

| | | | | |
|---|---|---|---|---|
| 23 | **Amount you owe.** Subtract line 19 from line 16. For details on how to pay, see instructions ........ ▶ | | 23 | 0. |
| 24 | Estimated tax penalty (see instructions) ................ | 24 | | |

**Third Party Designee**
(Other than paid preparer)

Do you want to allow another person (other than your paid preparer) to discuss this return with the IRS ? See instructions.     ☐ **Yes. Complete below.**   ☒ **No**

Designee's name ▶               Phone no. ▶               Personal identification number (PIN) ▶

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return?
See instructions.
Keep a copy for your records.

| Your signature | Date | Your occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
|---|---|---|---|
| | | Self Employed | |
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) |

Phone no.                     Email address

**Paid Preparer Use Only**

| Preparer's name | Preparer's signature | Date | PTIN | Check if: |
|---|---|---|---|---|
| John Scannell | John Scannell | | P00076788 | ☒ 3rd Party Designee |
| Firm's name ▶ Law Offices Of John V. Scannell APC | | Phone no. 619-296-3300 | | ☐ Self-employed |
| Firm's address ▶ 3838 Camino Del Rio North, Suite 120 San Diego, CA 92108 | | | Firm's EIN ▶ 20-0633200 | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.                Form **1040** (2019)

**SCHEDULE 1**
**(Form 1040 or 1040-SR)**

Department of the Treasury
Internal Revenue Service

**Additional Income and Adjustments to Income**

▶ Attach to Form 1040 or 1040-SR.
▶ Go to *www.irs.gov/Form1040* for instructions and the latest information.

OMB No. 1545-0074

**2019**

Attachment
Sequence No.  **01**

Name(s) shown on Form 1040 or 1040-SR
Scott Raley

Your social security number
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

At any time during 2019, did you receive, sell, send, exchange, or otherwise acquire any financial interest in any virtual currency?.................................................................................................................... ☐ Yes  ☒ No

| Part I | Additional Income | | |
|---|---|---|---|
| 1 | Taxable refunds, credits, or offsets of state and local income taxes.................... | 1 | |
| 2a | Alimony received.................................................................. | 2a | |
| b | Date of original divorce or separation agreement (see instructions)   ▶ _____ | | |
| 3 | Business income or (loss). Attach Schedule C................................... | 3 | −174,847. |
| 4 | Other gains or (losses). Attach Form 4797...................................... | 4 | |
| 5 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E..... | 5 | |
| 6 | Farm income or (loss). Attach Schedule F...................................... | 6 | |
| 7 | Unemployment compensation.................................................. | 7 | |
| 8 | Other income. List type and amount  ▶ NOL _____ See Stmt 1 _____ | 8 | −213,009. |
| 9 | Combine lines 1 through 8. Enter here and on Form 1040 or 1040-SR, line 7a........ | 9 | −387,856. |
| Part II | Adjustments to Income | | |
| 10 | Educator expenses............................................................ | 10 | |
| 11 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106.............................................................. | 11 | |
| 12 | Health savings account deduction. Attach Form 8889............................. | 12 | |
| 13 | Moving expenses for members of the Armed Forces. Attach Form 3903............... | 13 | |
| 14 | Deductible part of self-employment tax. Attach Schedule SE...................... | 14 | |
| 15 | Self-employed SEP, SIMPLE, and qualified plans................................ | 15 | |
| 16 | Self-employed health insurance deduction...................................... | 16 | |
| 17 | Penalty on early withdrawal of savings......................................... | 17 | |
| 18a | Alimony paid................................................................. | 18a | |
| b | Recipient's SSN.......................................................... ▶ | | |
| c | Date of original divorce or separation agreement (see instructions) ▶ _____ | | |
| 19 | IRA deduction............................................................... | 19 | |
| 20 | Student loan interest deduction............................................... | 20 | |
| 21 | Tuition and fees. Attach Form 8917........................................... | 21 | |
| 22 | Add lines 10 through 21. These are your **adjustments to income**. Enter here and on Form 1040 or 1040-SR, line 8a.......................................................... | 22 | 0. |

**BAA  For Paperwork Reduction Act Notice, see your tax return instructions.**          Schedule 1 (Form 1040 or 1040-SR) 2019

FDIA0103L  12/26/19

**SCHEDULE C**
(Form 1040 or 1040-SR)

Department of the Treasury
Internal Revenue Service (99)

**Profit or Loss From Business**
(Sole Proprietorship)

► Go to *www.irs.gov/ScheduleC* for instructions and the latest information.
► Attach to Form 1040, 1040-SR, 1040-NR, or 1041; partnerships generally must file Form 1065.

OMB No. 1545-0074

**2019**

Attachment
Sequence No. **09**

Name of proprietor: Scott Raley

Social security number (SSN): 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

**A** Principal business or profession, including product or service (see instructions): Sales

**B** Enter code from instructions ► 999999

**C** Business name. If no separate business name, leave blank.

**D** Employer ID number (EIN) (see instr.)

**E** Business address (including suite or room no.) ►

City, town or post office, state, and ZIP code

**F** Accounting method: **(1)** [X] Cash **(2)** ☐ Accrual **(3)** ☐ Other (specify) ►

**G** Did you "materially participate" in the operation of this business during 2019? If "No," see instructions for limit on losses. [X] Yes ☐ No

**H** If you started or acquired this business during 2019, check here ► ☐

**I** Did you make any payments in 2019 that would require you to file Form(s) 1099? (see instructions) ☐ Yes [X] No

**J** If "Yes," did you or will you file required Forms 1099? ☐ Yes ☐ No

### Part I  Income

| | | |
|---|---|---:|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked ► ☐ **1** | 1,734,584. |
| 2 | Returns and allowances **2** | |
| 3 | Subtract line 2 from line 1 **3** | 1,734,584. |
| 4 | Cost of goods sold (from line 42) **4** | 989,900. |
| 5 | **Gross profit.** Subtract line 4 from line 3 **5** | 744,684. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) **6** | |
| 7 | **Gross income.** Add lines 5 and 6 ► **7** | 744,684. |

### Part II  Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | |
|---|---|---:|---|---|---:|
| 8 | Advertising **8** | 724,692. | 18 | Office expense (see instructions) **18** | |
| 9 | Car and truck expenses (see instructions) **9** | | 19 | Pension and profit-sharing plans **19** | |
| 10 | Commissions and fees **10** | | 20 | Rent or lease (see instructions): | |
| 11 | Contract labor (see instructions) **11** | | a | Vehicles, machinery, and equipment **20a** | |
| 12 | Depletion **12** | | b | Other business property **20b** | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) **13** | | 21 | Repairs and maintenance **21** | |
| | | | 22 | Supplies (not included in Part III) **22** | |
| | | | 23 | Taxes and licenses **23** | |
| 14 | Employee benefit programs (other than on line 19) **14** | | 24 | Travel and meals: | |
| 15 | Insurance (other than health) **15** | | a | Travel **24a** | |
| 16 | Interest (see instr.): | | b | Deductible meals (see instructions) **24b** | |
| a | Mortgage (paid to banks, etc.) **16a** | | 25 | Utilities **25** | |
| b | Other **16b** | | 26 | Wages (less employment credits) **26** | |
| 17 | Legal and professional services **17** | | 27a | Other expenses (from line 48) **27a** | 144,000. |
| | | | b | Reserved for future use **27b** | |

| | | | |
|---|---|---:|---:|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a ► | **28** | 868,692. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | **29** | -124,008. |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions). | | |
| | **Simplified method filers only:** enter the total square footage of: (a) your home: _____ and (b) the part of your home used for business: _____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 | **30** | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. | | |
| | • If a profit, enter on both **Schedule 1 (Form 1040 or 1040-SR), line 3** (or **Form 1040-NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.** | **31** | -124,008. |
| | • If a loss, you **must** go to line 32. | | |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions). | | |
| | • If you checked 32a, enter the loss on both **Schedule 1 (Form 1040 or 1040-SR), line 3** (or **Form 1040-NR, line 13**) (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3.** | **32a** [X] | All investment is at risk. |
| | • If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | **32b** ☐ | Some investment is not at risk. |

**BAA  For Paperwork Reduction Act Notice, see the separate instructions.**   FDIZ0112L  09/18/19   Schedule C (Form 1040 or 1040-SR) 2019

Schedule C (Form 1040 or 1040-SR) 2019   Scott Raley                          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      Page **2**

| **Part III** | **Cost of Goods Sold** (see instructions) | | |
|---|---|---|---|

33  Method(s) used to value closing inventory:  **a** ☐ Cost  **b** ☐ Lower of cost or market  **c** ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
If "Yes," attach explanation. ........................................................................................................... ☐ **Yes** ☐ **No**

| | | | |
|---|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation. | **35** | |
| 36 | Purchases less cost of items withdrawn for personal use. | **36** | 989,900. |
| 37 | Cost of labor. Do not include any amounts paid to yourself. | **37** | |
| 38 | Materials and supplies. | **38** | |
| 39 | Other costs. | **39** | |
| 40 | Add lines 35 through 39. | **40** | 989,900. |
| 41 | Inventory at end of year. | **41** | |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4. | **42** | 989,900. |

| **Part IV** | **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562. |
|---|---|

43  When did you place your vehicle in service for business purposes? (month, day, year)   ► _____

44  Of the total number of miles you drove your vehicle during 2019, enter the number of miles you used your vehicle for:

**a** Business _____  **b** Commuting (see instructions) _____  **c** Other _____

45  Was your vehicle available for personal use during off-duty hours?. .............................................. ☐ Yes ☐ No

46  Do you (or your spouse) have another vehicle available for personal use?. ........................................... ☐ Yes ☐ No

47a  Do you have evidence to support your deduction?. ................................................................... ☐ Yes ☐ No

**b** If "Yes," is the evidence written?. ................................................................................ ☐ Yes ☐ No

| **Part V** | **Other Expenses.** List below business expenses not included on lines 8-26 or line 30. |
|---|---|

| | |
|---|---|
| Outside Services | 144,000. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| 48   Total other expenses. Enter here and on line 27a. | 144,000. |

Schedule C (Form 1040 or 1040-SR) 2019

| SCHEDULE C | **Profit or Loss From Business** | OMB No. 1545-0074 |
|---|---|---|
| (Form 1040 or 1040-SR) | (Sole Proprietorship) | **2019** |
| Department of the Treasury Internal Revenue Service   (99) | ► Go to *www.irs.gov/ScheduleC* for instructions and the latest information.<br>► Attach to Form 1040, 1040-SR, 1040-NR, or 1041; partnerships generally must file Form 1065. | Attachment Sequence No.  **09** |

| Name of proprietor | Social security number (SSN) |
|---|---|
| Scott Raley | 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 |

| A | Principal business or profession, including product or service (see instructions) | B | Enter code from instructions |
|---|---|---|---|
| | Shopify | | ► 454110 |

| C | Business name. If no separate business name, leave blank. | D | Employer ID number (EIN) (see instr.) |
|---|---|---|---|
| | | | |

E   Business address (including suite or room no.) ►

City, town or post office, state, and ZIP code

| F | Accounting method: | (1) ☒ Cash | (2) ☐ Accrual | (3) ☐ Other (specify) ► | | |
|---|---|---|---|---|---|---|
| G | Did you "materially participate" in the operation of this business during 2019? If "No," see instructions for limit on losses. | | | | ☒ Yes | ☐ No |
| H | If you started or acquired this business during 2019, check here | | | | ► ☐ | |
| I | Did you make any payments in 2019 that would require you to file Form(s) 1099? (see instructions) | | | | ☐ Yes | ☒ No |
| J | If "Yes," did you or will you file required Forms 1099? | | | | ☐ Yes | ☐ No |

**Part I   Income**

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked ► ☐ | **1** | 2,817,604. |
| 2 | Returns and allowances | **2** | |
| 3 | Subtract line 2 from line 1 | **3** | 2,817,604. |
| 4 | Cost of goods sold (from line 42) | **4** | 1,831,443. |
| 5 | **Gross profit.** Subtract line 4 from line 3 | **5** | 986,161. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | **6** | |
| 7 | **Gross income.** Add lines 5 and 6 ► | **7** | 986,161. |

**Part II   Expenses.** Enter expenses for business use of your home **only** on line 30.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Advertising | **8** | 1,000,000. | 18 | Office expense (see instructions) | **18** | |
| 9 | Car and truck expenses (see instructions) | **9** | | 19 | Pension and profit-sharing plans | **19** | |
| 10 | Commissions and fees | **10** | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | **11** | | | a Vehicles, machinery, and equipment | **20a** | |
| 12 | Depletion | **12** | | | b Other business property | **20b** | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | **13** | | 21 | Repairs and maintenance | **21** | 2,000. |
| | | | | 22 | Supplies (not included in Part III) | **22** | |
| | | | | 23 | Taxes and licenses | **23** | |
| 14 | Employee benefit programs (other than on line 19) | **14** | | 24 | Travel and meals: | | |
| 15 | Insurance (other than health) | **15** | | | a Travel | **24a** | |
| 16 | Interest (see instr.): | | | | b Deductible meals (see instructions) | **24b** | |
| | a Mortgage (paid to banks, etc.) | **16a** | | 25 | Utilities | **25** | |
| | b Other | **16b** | | 26 | Wages (less employment credits) | **26** | 35,000. |
| 17 | Legal and professional services | **17** | | | 27a Other expenses (from line 48) | **27a** | |
| | | | | | b Reserved for future use | **27b** | |

| | | | |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a ► | **28** | 1,037,000. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | **29** | -50,839. |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions). | | |
| | **Simplified method filers only:** enter the total square footage of: (a) your home: _____ and (b) the part of your home used for business: _____ . Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 | **30** | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. | | |
| | • If a profit, enter on both **Schedule 1 (Form 1040 or 1040-SR), line 3** (or **Form 1040-NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.** | **31** | -50,839. |
| | • If a loss, you **must** go to line 32. | | |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions). | | |
| | • If you checked 32a, enter the loss on both **Schedule 1 (Form 1040 or 1040-SR), line 3** (or **Form 1040-NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3.** | **32a** | ☒ All investment is at risk. |
| | • If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | **32b** | ☐ Some investment is not at risk. |

**BAA   For Paperwork Reduction Act Notice, see the separate instructions.**   FDIZ0112L   09/18/19   Schedule C (Form 1040 or 1040-SR) 2019

Schedule C (Form 1040 or 1040-SR) 2019   Scott Raley                                      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      Page **2**

| Part III | **Cost of Goods Sold** (see instructions) |
|---|---|

33  Method(s) used to value closing inventory:  **a** ☐ Cost  **b** ☐ Lower of cost or market  **c** ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
If "Yes," attach explanation........................................................................... ☐ Yes  ☐ No

| | | | |
|---|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation. | 35 | |
| 36 | Purchases less cost of items withdrawn for personal use | 36 | 1,831,443. |
| 37 | Cost of labor. Do not include any amounts paid to yourself | 37 | |
| 38 | Materials and supplies | 38 | |
| 39 | Other costs. | 39 | |
| 40 | Add lines 35 through 39. | 40 | 1,831,443. |
| 41 | Inventory at end of year. | 41 | |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 | 42 | 1,831,443. |

| Part IV | **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562. |
|---|---|

43  When did you place your vehicle in service for business purposes? (month, day, year)   ▶ _____

44  Of the total number of miles you drove your vehicle during 2019, enter the number of miles you used your vehicle for:

**a** Business _____   **b** Commuting (see instructions) _____   **c** Other _____

45  Was your vehicle available for personal use during off-duty hours?................................... ☐ Yes  ☐ No

46  Do you (or your spouse) have another vehicle available for personal use?............................. ☐ Yes  ☐ No

47a Do you have evidence to support your deduction?.................................................... ☐ Yes  ☐ No

 **b** If "Yes," is the evidence written?.................................................................. ☐ Yes  ☐ No

| Part V | **Other Expenses.** List below business expenses not included on lines 8-26 or line 30. |
|---|---|

| | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| 48 | Total other expenses. Enter here and on line 27a | 48 | |

Schedule C (Form 1040 or 1040-SR) 2019

FDIZ0112L   09/19/19

Form **8995**

Department of the Treasury
Internal Revenue Service

## Qualified Business Income Deduction
## Simplified Computation

▶ Attach to your tax return.
▶ Go to *www.irs.gov/Form8995* for instructions and the latest information.

OMB No. 1545-0123

**2019**

Attachment
Sequence No. **55**

Name(s) shown on return
Scott Raley

Your taxpayer identification number
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

| 1 | **(a)** Trade, business, or aggregation name | **(b)** Taxpayer identification number | **(c)** Qualified business income or (loss) |
|---|---|---|---|
| i | Scott Raley | 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 | -124,008. |
| ii | Scott Raley | 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 | -50,839. |
| iii | | | |
| iv | | | |
| v | | | |

| | | | | |
|---|---|---|---|---|
| 2 | Total qualified business income or **(loss)**. Combine lines 1i through 1v, column (c). | **2** | -174,847. | |
| 3 | Qualified business net (loss) carryforward from the prior year. | **3** | 0. | |
| 4 | Total qualified business income. Combine lines 2 and 3. If zero or less, enter -0- | **4** | 0. | |
| 5 | Qualified business income component. Multiply line 4 by 20% (0.20) | | | **5** 0. |
| 6 | Qualified REIT dividends and publicly traded partnership (PTP) income or (loss) (see instructions) | **6** | 0. | |
| 7 | Qualified REIT dividends and qualified PTP (loss) carryforward from the prior year. | **7** | 0. | |
| 8 | Total qualified REIT dividends and PTP income. Combine lines 6 and 7. If zero or less, enter -0-. | **8** | 0. | |
| 9 | REIT and PTP component. Multiply line 8 by 20% (0.20) | | | **9** 0. |
| 10 | Qualified business income deduction before the income limitation. Add lines 5 and 9. | | | **10** 0. |
| 11 | Taxable income before qualified business income deduction | **11** | 0. | |
| 12 | Net capital gain (see instructions) | **12** | 0. | |
| 13 | Subtract line 12 from line 11. If zero or less, enter -0- | **13** | 0. | |
| 14 | Income limitation. Multiply line 13 by 20% (0.20) | | | **14** 0. |
| 15 | Qualified business income deduction. Enter the lesser of line 10 or line 14. Also enter this amount on the applicable line of your return. | | ▶ | **15** 0. |
| 16 | Total qualified business (loss) carryforward. Combine lines 2 and 3. If greater than zero, enter -0- | | | **16** -174,847. |
| 17 | Total qualified REIT dividends and PTP (loss) carryforward. Combine lines 6 and 7. If greater than zero, enter -0- | | | **17** 0. |

**BAA  For Privacy Act and Paperwork Reduction Act Notice, see instructions.**

Form **8995** (2019)

Form **8829**

**Expenses for Business Use of Your Home**

► File only with Schedule C (Form 1040 or 1040-SR). Use a separate Form 8829 for each home you used for business during the year.
► Go to *www.irs.gov/Form8829* for instructions and the latest information.

Department of the Treasury
Internal Revenue Service (99)

OMB No. 1545-0074

**2019**

Attachment
Sequence No. **176**

Name(s) of proprietor(s): Scott Raley

Your social security number: 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

| **Part I** | **Part of Your Home Used for Business** | | | |
|---|---|---|---|---|
| 1 | Area used regularly and exclusively for business, regularly for daycare, or for storage of inventory or product samples (see instructions) | | 1 | 1,500 |
| 2 | Total area of home | | 2 | 3,000 |
| 3 | Divide line 1 by line 2. Enter the result as a percentage | | 3 | 50.00 % |
| | **For daycare facilities not used exclusively for business, go to line 4. All others, go to line 7.** | | | |
| 4 | Multiply days used for daycare during year by hours used per day | 4 | hr | |
| 5 | If you started or stopped using your home for daycare during the year, see instructions; otherwise, enter 8,760 | 5 | hr | |
| 6 | Divide line 4 by line 5. Enter the result as a decimal amount | 6 | | |
| 7 | Business percentage. For daycare facilities not used exclusively for business, multiply line 6 by line 3 (enter the result as a percentage). All others, enter the amount from line 3 ► | | 7 | 50.00 % |

| **Part II** | **Figure Your Allowable Deduction** | | | | |
|---|---|---|---|---|---|
| 8 | Enter the amount from Schedule C, line 29, **plus** any gain derived from the business use of your home, **minus** any loss from the trade or business not derived from the business use of your home (see instructions) | | | 8 | -124,008. |
| | See instructions for columns (a) and (b) before completing lines 9-22. | **(a) Direct expenses** | **(b) Indirect expenses** | | |
| 9 | Casualty losses (see instructions) | 9 | | | |
| 10 | Deductible mortgage interest (see instructions) | 10 | | | |
| 11 | Real estate taxes (see instructions) | 11 | | | |
| 12 | Add lines 9, 10, and 11 | 12 | | | |
| 13 | Multiply line 12, column (b), by line 7 | | 13 | | |
| 14 | Add line 12, column (a), and line 13 | | | 14 | |
| 15 | Subtract line 14 from line 8. If zero or less, enter -0- | | | 15 | 0. |
| 16 | Excess mortgage interest (see instructions) | 16 | | | |
| 17 | Excess real estate taxes (see instructions) | 17 | | | |
| 18 | Insurance | 18 | | | |
| 19 | Rent | 19 | | 48,000. | |
| 20 | Repairs and maintenance | 20 | | | |
| 21 | Utilities | 21 | | | |
| 22 | Other expenses (see instructions) | 22 | | | |
| 23 | Add lines 16 through 22 | 23 | | 48,000. | |
| 24 | Multiply line 23, column (b), by line 7 | | 24 | 24,000. | |
| 25 | Carryover of prior year operating expenses (see instructions) | | 25 | | |
| 26 | Add line 23, column (a), line 24, and line 25 | | | 26 | 24,000. |
| 27 | Allowable operating expenses. Enter the **smaller** of line 15 or line 26 | | | 27 | |
| 28 | Limit on excess casualty losses and depreciation. Subtract line 27 from line 15 | | | 28 | |
| 29 | Excess casualty losses (see instructions) | | 29 | | |
| 30 | Depreciation of your home from line 42 below | | 30 | | |
| 31 | Carryover of prior year excess casualty losses and depreciation (see instructions) | | 31 | | |
| 32 | Add lines 29 through 31 | | | 32 | |
| 33 | Allowable excess casualty losses and depreciation. Enter the **smaller** of line 28 or line 32 | | | 33 | |
| 34 | Add lines 14, 27, and 33 | | | 34 | |
| 35 | Casualty loss portion, if any, from lines 14 and 33. Carry amount to **Form 4684** (see instructions) | | | 35 | |
| 36 | **Allowable expenses for business use of your home.** Subtract line 35 from line 34. Enter here and on Schedule C, line 30. If your home was used for more than one business, see instructions ► | | | 36 | 0. |

| **Part III** | **Depreciation of Your Home** | | | |
|---|---|---|---|---|
| 37 | Enter the **smaller** of your home's adjusted basis or its fair market value (see instructions) | | 37 | |
| 38 | Value of land included on line 37 | | 38 | |
| 39 | Basis of building. Subtract line 38 from line 37 | | 39 | |
| 40 | Business basis of building. Multiply line 39 by line 7 | | 40 | |
| 41 | Depreciation percentage (see instructions) | | 41 | % |
| 42 | Depreciation allowable (see instructions). Multiply line 40 by line 41. Enter here and on line 30 above | | 42 | |

| **Part IV** | **Carryover of Unallowed Expenses to 2020** | | | |
|---|---|---|---|---|
| 43 | Operating expenses. Subtract line 27 from line 26. If less than zero, enter -0- | | 43 | 24,000. |
| 44 | Excess casualty losses and depreciation. Subtract line 33 from line 32. If less than zero, enter -0- | | 44 | 0. |

**BAA For Paperwork Reduction Act Notice, see your tax return instructions.**     FDIA6902L 07/19/19     Form **8829** (2019)

| 2019 | Federal Statements | Page 1 |
|---|---|---|
| | Scott Raley | 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 |

**Statement 1**
**Schedule 1, Line 8**
**Computation of 2019 Taxable Income for NOL Utilization**

```
Taxable income (Form 1040, line 11b)                                 -400,056.
Plus: NOL carryovers from 2016 and later years                        213,009.
2019 Taxable income before NOL deduction                             -187,047.
```

**Statement 1**
**Schedule 1, Line 8**
**2016 NOL Utilization**

```
Initial Loss                                                           20,562.
NOL carryover available in 2019                                        20,562.

Modifed taxable income (from line 9 below)                                  0.
NOL absorbed this Year                                                      0.

Taxable income after NOL deduction                                         0.
NOL carryover to 2020                                                  20,562.
```

**Worksheet 2 for NOL carryover**
**Computed for first NOL that reduces taxable income below zero**
**Per IRS Publication 536**

```
NOL YEAR:    2016
Use your 2019 Form 1040 or Form 1040NR to complete this worksheet

  1. NOL deduction for the NOL year entered above                     20,562.
  2. Taxable income before the NOL deduction for 2019                -187,047.
  3. Net capital loss deduction                                            0.
  4. Gain excluded on sale of small business stock                         0.
  5. Domestic production activities deduction                              0.
  6. Qualified business income deduction                                   0.
  7. Adjustments to adjusted gross income                                  0.
  8. Adjustments to itemized deductions (line 27)                          0.
  9. Modified taxable income                                               0.
 10. NOL carryover to 2020                                            20,562.
```

**Statement 1**
**Schedule 1, Line 8**
**2017 NOL Utilization**

```
Initial Loss                                                          192,447.
NOL carryover available in 2019                                       192,447.

Taxable income before NOL deduction                                        0.
NOL absorbed this Year                                                      0.

Taxable income after NOL deduction                                         0.
NOL carryover to 2020                                                 192,447.
```

059

**DO NOT MAIL THIS FORM TO THE FTB**

| TAXABLE YEAR | | FORM |
|---|---|---|
| **2019** | **California e-file Signature Authorization for Individuals** | **8879** |

| Your name | Your SSN or ITIN |
|---|---|
| SCOTT RALEY | 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 |
| Spouse's/RDP's name | Spouse's/RDP's SSN or ITIN |

**Part I      Tax Return Information** (whole dollars only)

1   California Adjusted Gross Income. See instructions ............................................. 1      −387,856.

2   Amount You Owe. See instructions ................................................................ 2  _____

3   Refund or No Amount Due. See instructions ..................................................... 3  _____

**Part II      Taxpayer Declaration and Signature Authorization** (Be sure you obtain and keep a copy of your return.)

Under penalties of perjury, I declare that I have examined a copy of my individual income tax return and accompanying schedules and statements for the tax year ending December 31, 2019, and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the information I provided to my electronic return originator (ERO), transmitter, or intermediate service provider (including my name, address, and social security number or individual tax identification number) and the amounts shown in Part I above agree with the information and amounts shown on the corresponding lines of my electronic income tax return. If applicable, I authorize an electronic funds withdrawal of the amount on line 2 and/or the estimated tax payments as shown on my return and on form FTB 8455, California e-file Payment Record for Individuals, or a comparable form. If applicable, I declare that direct deposit refund amount on line 3 agrees with the direct deposit authorization stated on my return. If I have filed a joint return, this is an irrevocable appointment of the other spouse/RDP as an agent to authorize an electronic funds withdrawal or direct deposit. I authorize my ERO, transmitter, or intermediate service provider to transmit my complete return to the Franchise Tax Board (FTB). **If the processing of my return or refund is delayed, I authorize the FTB to disclose to my ERO, intermediate service provider, and /or transmitter the reason(s) for the delay or the date when the refund was sent.** If I am filing a balance due return, I understand that if the FTB does not receive full and timely payment of my tax liability, I remain liable for the tax liability and all applicable interest and penalties. I acknowledge that I have read and consent to the Electronic Funds Withdrawal Consent included on the copy of my electronic income tax return. I have selected a personal identification number (PIN) as my signature for my electronic income tax return and, if applicable, my Electronic Funds Withdrawal Consent.

**Taxpayer's PIN: check one box only**

[X]  I authorize   LAW OFFICES OF JOHN V. SCANNELL APC           to enter my PIN    81255
                                    ERO firm name                                    Do not enter all zeros

as my signature on my 2019 e-filed California individual income tax return.

[ ]  I will enter my PIN as my signature on my 2019 e-filed California individual income tax return. Check this box **only** if you are entering your own PIN and your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Your signature ▶ _____   Date ▶ _____

**Spouse's/RDP's PIN: check one box only**

[ ]  I authorize   _____           to enter my PIN    _____
                                    ERO firm name                                    Do not enter all zeros

as my signature on my 2019 e-filed California individual income tax return.

[ ]  I will enter my PIN as my signature on my 2019 e-filed California individual income tax return. Check this box **only** if you are entering your own PIN and your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Spouse's/RDP's
signature ▶ _____   Date ▶ _____

Practitioner PIN Method Returns Only — continue below

**Part III      Certification and Authentication — Practitioner PIN Method Only**

ERO's EFIN/PIN. Enter your six-digit EFIN followed by your five-digit self-selected PIN.   33321365444
                                                                                              Do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature for the 2019 California individual income tax return for the taxpayer(s) indicated above. I confirm that I am submitting this return in accordance with the requirements of the Practitioner PIN method and FTB Pub. 1345, 2019 Handbook for Authorized e-file Providers.

ERO's signature ▶ JOHN SCANNELL _____   Date ▶ _____

| TAXABLE YEAR | **California Resident** | | ■ | | FORM |
|---|---|---|---|---|---|
| **2019** | **Income Tax Return** | | | | **540** |

AMENDED    1                                         APE                          ATTACH FEDERAL RETURN

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  RALE                                    19    PBA    999999
SCOTT           RALEY                                                                          A
                                                                                              R
                                                                                              RP
1915 E LINDA VISTA AV
VENTURA              CA   93003

01-17-1986

**Filing Status**   If your California filing status is different from your federal filing status, check the box here.................................... ☐

1   ☒ Single                                4   ☐ Head of household (with qualifying person). See instructions.

2   ☐ Married/RDP filing jointly. See inst.  5   ☐ Qualifying widow(er). Enter year spouse/RDP died. _____
                                                 See instructions.                                    _____

3   ☐ Married/RDP filing separately. Enter spouse's/RDP's SSN or ITIN above and full name here .... _____

6   If someone can claim you (or your spouse/RDP) as a dependent, check the box here. See instructions.................... ● 6 ☐

**Exemptions**

▶ For line 7, line 8, line 9, and line 10: Multiply the number you enter in the box by the pre-printed dollar amount for that line.            Whole dollars only

7   **Personal:** If you checked box 1, 3, or 4 above, enter 1 in the box. If you checked box 2 or 5, enter
    2 in the box. If you checked the box on line 6, see instructions ............................ ● 7 ☐ 1   x $122 = ◉ $ _____ 122.

8   **Blind:** If you (or your spouse/RDP) are visually impaired, enter 1;
    if both are visually impaired, enter 2 ..................................... ◉ 8 ☐   x $122 = ◉ $ _____

9   **Senior:** If you (or your spouse/RDP) are 65 or older, enter 1; if both are
    65 or older, enter 2. ....................................................... ● 9 ☐   x $122 = ◉ $ _____

10  Dependents: Do not include yourself or your spouse/RDP.

| | Dependent 1 | Dependent 2 | Dependent 3 |
|---|---|---|---|
| First Name | ◉ | ◉ | ◉ |
| Last Name | ◉ | ◉ | ◉ |
| SSN | ● | ● | ● |
| Dependent's relationship to you | ◉ | ◉ | ◉ |

Total dependent exemptions. ........................................................... ● 10 ☐   x $378 = ◉ $ _____

CAIA3912L  01/14/20      059      3101194                          Form 540 2019 **Page 1**

Your name: SCOTT RALEY                                Your SSN or ITIN: 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

| | | |
|---|---|---|
| 11 | Exemption amount: Add line 7 through line 10. Transfer this amount to line 32....... ● 11 | $ 122. |

**Taxable Income**

| 12 | State wages from your federal Form(s) W-2, box 16 ..... ● 12 | |
|---|---|---|
| 13 | Enter federal adjusted gross income from federal Form 1040 or 1040-SR, line 8b...... ● 13 | -387,856. |
| 14 | California adjustments − subtractions. Enter the amount from Schedule CA (540), Part I, line 23, column B........ ● 14 | 213,009. |
| 15 | Subtract line 14 from line 13. If less than zero, enter the result in parentheses. See instructions....... 15 | ( 600,865.) |
| 16 | California adjustments − additions. Enter the amount from Schedule CA (540), Part I, line 23, column C........ ● 16 | 213,009. |
| 17 | California adjusted gross income. Combine line 15 and line 16.......... ● 17 | -387,856. |

18  Enter the larger of

Your California itemized deductions from Schedule CA (540), Part II, line 30; OR
Your California standard deduction shown below for your filing status:
● Single or Married/RDP filing separately......................... $4,537
● Married/RDP filing jointly, Head of household, or Qualifying widow(er)........ $9,074
If Married/RDP filing separately or the box on line 6 is checked, STOP. See instructions.................... ● 18    4,537.

| 19 | Subtract line 18 from line 17. This is your **taxable income**. If less than zero, enter -0-.......... ● 19 | 0. |
|---|---|---|

**Tax**

| 31 | Tax. Check the box if from: ☐ Tax Table   ☐ Tax Rate Schedule ● ☐ FTB 3800   ● ☐ FTB 3803........... ● 31 | 0. |
|---|---|---|
| 32 | Exemption credits. Enter the amount from line 11. If your federal AGI is more than $200,534, see instructions............ ● 32 | 122. |
| 33 | Subtract line 32 from line 31. If less than zero, enter -0-............. ● 33 | 0. |
| 34 | Tax. See instructions. Check the box if from: ● ☐ Schedule G-1 ● ☐ FTB 5870A .... ● 34 | |
| 35 | Add line 33 and line 34.................... ● 35 | |

**Special Credits**

| 40 | Nonrefundable Child and Dependent Care Expenses Credit. See instructions......... ● 40 | |
|---|---|---|
| 43 | Enter credit name........ _____ code ● ____ and amount..... ● 43 | |
| 44 | Enter credit name........ _____ code ● ____ and amount..... ● 44 | |
| 45 | To claim more than two credits. See instructions. Attach Schedule P (540)........... ● 45 | |
| 46 | Nonrefundable renter's credit. See instructions................... ● 46 | 60. |
| 47 | Add line 40 through line 46. These are your total credits................. ● 47 | 60. |
| 48 | Subtract line 47 from line 35. If less than zero, enter -0-................. ● 48 | 0. |

Your name: SCOTT RALEY                                      Your SSN or ITIN: 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

**Other Taxes**

61  Alternative minimum tax. Attach Schedule P (540)..................................... ● 61 _____

62  Mental Health Services Tax. See instructions............................................. ● 62 _____

63  Other taxes and credit recapture. See instructions....................................... ● 63 _____

64  Add line 48, line 61, line 62, and line 63. This is your total tax........................ ● 64 _____

**Payments**

71  California income tax withheld. See instructions.......................................... ● 71 _____

72  2019 CA estimated tax and other payments. See instructions......................... ● 72 _____

73  Withholding (Form 592-B and/or 593). See instructions............................... ● 73 _____

74  Excess SDI (or VPDI) withheld. See instructions........................................ ● 74 _____ 0.

75  Earned Income Tax Credit (EITC)........................................................... ● 75 _____

76  Young Child Tax Credit (YCTC). See instructions...................................... ● 76 _____

77  Add lines 71 through 76. These are your total payments.
    See instructions................................................................................ ⊙ 77 _____

**Use Tax**

91  **Use Tax.** Do not leave blank. See instructions........................ ● 91 _____ 0.
    If line 91 is zero, check if:    [X] No use tax is owed.

                                    [ ] You paid your use tax obligation directly to CDTFA.

**Overpaid Tax/Tax Due**

92  Payments balance. If line 77 is more than line 91, subtract line 91 from line 77........ ⊙ 92 _____

93  **Use Tax balance.** If line 91 is more than line 77, subtract line 77 from line 91.......... ⊙ 93 _____

94  Overpaid tax. If line 92 is more than line 64, subtract line 64 from line 92............... ⊙ 94 _____

95  Amount of line 94 you want applied to your **2020** estimated tax........................ ● 95 _____

96  Overpaid tax available this year. Subtract line 95 from line 94.......................... ● 96 _____

97  Tax due. If line 92 is less than line 64, subtract line 92 from line 64................... ⊙ 97 _____

Your name: SCOTT RALEY                                    Your SSN or ITIN: 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

**Contributions**                                                      Code      Amount

California Seniors Special Fund. See instructions ................................. ● 400 _____

Alzheimer's Disease and Related Dementia Voluntary Tax Contribution Fund ........... ● 401 _____

Rare and Endangered Species Preservation Voluntary Tax Contribution Program ...... ● 403 _____

California Breast Cancer Research Voluntary Tax Contribution Fund .................. ● 405 _____

California Firefighters' Memorial Fund ............................................ ● 406 _____

Emergency Food for Families Voluntary Tax Contribution Fund ...................... ● 407 _____

California Peace Officer Memorial Foundation Fund ................................ ● 408 _____

California Sea Otter Fund ........................................................ ● 410 _____

California Cancer Research Voluntary Tax Contribution Fund ....................... ● 413 _____

School Supplies for Homeless Children Fund ...................................... ● 422 _____

State Parks Protection Fund/Parks Pass Purchase ................................. ● 423 _____

Protect Our Coast and Oceans Voluntary Tax Contribution Fund .................... ● 424 _____

Keep Arts in Schools Voluntary Tax Contribution Fund ............................ ● 425 _____

Prevention of Animal Homelessness and Cruelty Voluntary Tax Contribution Fund ..... ● 431 _____

California Senior Citizen Advocacy Voluntary Tax Contribution Fund ................ ● 438 _____

Native California Wildlife Rehabilitation Voluntary Tax Contribution Fund ............ ● 439 _____

Rape Kit Backlog Voluntary Tax Contribution Fund ................................ ● 440 _____

Organ and Tissue Donor Registry Voluntary Tax Contribution Fund ................. ● 441 _____

National Alliance on Mental Illness California Voluntary Tax Contribution Fund ........ ● 442 _____

Schools Not Prisons Voluntary Tax Contribution Fund ............................. ● 443 _____

Suicide Prevention Voluntary Tax Contribution Fund .............................. ● 444 _____

**110** Add code 400 through code 444. This is your total contribution ................. ● 110 _____

Your name: SCOTT RALEY                          Your SSN or ITIN: 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

**Amount You Owe**

111  AMOUNT YOU OWE. If you do not have an amount on line 96, add line 93, line 97, and line 110. See instructions. Do not send cash.
Mail to: FRANCHISE TAX BOARD, PO BOX 942867, SACRAMENTO CA 94267-0001 . . . . . . . . . . . . . . ● 111 _____
Pay Online — Go to ftb.ca.gov/pay for more information.

112  Interest, late return penalties, and late payment penalties . . . . . . . . . . . . . . . . . . . . . . .   112 _____

**Interest and Penalties**

113  Underpayment of estimated tax.
Check the box: ● [ ] FTB 5805 attached   ● [ ] FTB 5805F attached . . . . . . . . . . . . . . . . . . . . ● 113 _____

114  Total amount due. See instructions. Enclose, but **do not** staple, any payment. . . .   114 _____

115  REFUND OR NO AMOUNT DUE. Subtract the sum of 110, line 112 and line 113 from line 96. See instructions.
Mail to: FRANCHISE TAX BOARD, PO BOX 942840, SACRAMENTO CA 94240-0001 . . . . . . . . . . . . . . ● 115          0.

**Refund and Direct Deposit**

Fill in the information to authorize direct deposit of your refund into one or two accounts. Do not attach a voided check or a deposit slip. See instructions.
Have you verified the routing and account numbers? Use whole dollars only.
All or the following amount of my refund (line 115) is authorized for direct deposit into the account shown below:

● Routing number _____   ● Type [ ] Checking   ● Account number _____   ● 116  Direct deposit amount _____
                                   [ ] Savings

The remaining amount of my refund (line 115) is authorized for direct deposit into the account shown below:

● Routing number _____   ● Type [ ] Checking   ● Account number _____   ● 117  Direct deposit amount _____
                                   [ ] Savings

**IMPORTANT:** See the instructions to find out if you should attach a copy of your complete federal tax return.

To learn about your privacy rights, how we may use your information, and the consequences for not providing the requested information, go to **ftb.ca.gov/forms** and search for **1131**.
To request this notice by mail, call 800.852.5711.
Under penalties of perjury, I declare that I have examined this tax return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

Your signature _____   Date _____   Spouse's/RDP's signature (if a joint tax return, both must sign) _____

**Sign Here**

It is unlawful to forge a spouse's/RDP's signature.

Joint tax return? (See instructions)

● Your email address. Enter only one email address. _____   ● Preferred phone number _____

Paid preparer's signature (declaration of preparer is based on all information of which preparer has any knowledge)
JOHN SCANNELL

Firm's name (or yours, if self-employed)                                    ● PTIN
LAW OFFICES OF JOHN V. SCANNELL APC                          P00076788

Firm's address                                                              ● Firm's FEIN
3838 CAMINO DEL RIO NORTH, SUITE 120                          200633200
SAN DIEGO, CA 92108

Do you want to allow another person to discuss this tax return with us? See instructions. . . . . . . . . . . . . . ● [X] Yes   ● [ ] No

Print Third Party Designee's Name                            Telephone Number
JOHN SCANNELL                                                619-296-3300

CAIA3912L  01/14/20     059      3105194                     Form 540 2019 **Page 5**

| TAXABLE YEAR 2019 | California Explanation of Amended Return Changes | | CALIFORNIA SCHEDULE X |

Attach this schedule to amended Form 540, Form 540 2EZ, or Form 540NR

| Name(s) as shown on amended tax return | Your SSN or ITIN |
|---|---|
| SCOTT RALEY | 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 |

## Part I   Financial Adjustments — Reconciliation

| | | |
|---|---|---|
| 1 Enter the amount you owe, as shown on the amended tax return | 1 | |
| 2 Overpaid tax, if any, as shown on original tax return or as previously adjusted by the FTB. See instructions | 2 | |
| 3 Add line 1 and line 2 | 3 | |
| 4 Enter the refund, as shown on the amended tax return. See instructions | 4 | |
| 5 Tax paid with original tax return plus additional tax paid after it was filed. Do not include penalties and interest | 5 | |
| 6 Add line 4 and line 5 | 6 | |
| 7 AMOUNT YOU OWE. If line 3 is more than line 6, subtract line 6 from line 3. See instructions | 7 | |
| 8 Penalties/Interest. See instructions:   Penalties 8a _____   Interest 8b _____ | 8c | |
| 9 Refund subtotal. If line 6 is more than line 3, subtract line 3 from line 6 | 9 | |
| 10 Amount of line 9 you want applied to your 2020 estimated tax. See instructions | 10 | |
| 11 REFUND. See instructions | 11 | |

## Part II   Reason(s) for Amending

1 Check all that apply:

- a  Protective claim for refund
- b  Reservation source income adjustments
- c  Pass-through entity adjustments
- d  Federal audit and/or adjustments
- e  FTB audit contact

- f  NOL carryback. See instructions.
- g  [X] Error on original return
- h  Credit adjustment
- i  Earned income tax credit
- j  Disaster loss

- k  Military HR 100
- l  Informal claim
- m  Other

2 Provide further explanation of reason(s) for amending below. If needed, attach a separate sheet that includes your name and SSN or ITIN.

THE RETURN IS BEING AMENDED TO INCLUDE THE SCHEDULE C THAT WAS NOT ON THE PPREVIOUS
RETUN.

| TAXABLE YEAR | | | SCHEDULE |
|---|---|---|---|
| **2019** | **California Adjustments — Residents** | | **CA (540)** |

**Important:** Attach this schedule behind Form 540, Side 5 as a supporting California schedule.

| Name(s) as shown on tax return | SSN or ITIN |
|---|---|
| SCOTT RALEY | 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 |

**Part I   Income Adjustment Schedule**

Section A – **Income** from federal Form 1040 or 1040-SR

| | | **A** Federal Amounts (taxable amounts from your federal tax return) | **B** Subtractions See instructions | **C** Additions See instructions |
|---|---|---|---|---|
| 1 Wages, salaries, tips, etc. See instructions before making an entry in column B or C | 1 | ⊙ | ⊙ | ⊙ |
| 2 Taxable interest.   a ⊙ | 2b | ⊙ | ⊙ | ⊙ |
| 3 Ordinary dividends. See instructions.   a ⊙ | 3b | ⊙ | ⊙ | ⊙ |
| 4a IRA distributions. See instructions.   a ⊙ | 4b | ⊙ | ⊙ | ⊙ |
| c Pensions and annuities. See instr.   c ⊙ | 4d | ⊙ | ⊙ | ⊙ |
| 5 Social security benefits.   a ⊙ | 5b | ⊙ | ⊙ | |
| 6 Capital gain or (loss). See instructions | 6 | ⊙ | ⊙ | ⊙ |

Section B – **Additional Income** from federal Schedule 1 (Form 1040 or 1040-SR)

| | | A | B | C |
|---|---|---|---|---|
| 1 Taxable refunds, credits, or offsets of state and local income taxes | 1 | ⊙ | ⊙ | |
| 2a Alimony received | 2a | ⊙ | | ⊙ |
| 3 Business income or (loss) | 3 | ⊙  −174,847. | ⊙ | ⊙ |
| 4 Other gains or (losses) | 4 | ⊙ | ⊙ | ⊙ |
| 5 Rental real estate, royalties, partnerships, S corporations, trusts, etc. | 5 | ⊙ | ⊙ | ⊙ |
| 6 Farm income or (loss) | 6 | ⊙ | ⊙ | ⊙ |
| 7 Unemployment compensation | 7 | ⊙ | ⊙ | |
| 8 Other income. | | | a ⊙ | a |
| a California lottery winnings   e NOL from FTB 3805Z, 3806, | | | b ⊙ | b |
| b Disaster loss deduction from FTB 3805V      3807, or 3809 | 8 | ⊙  −213,009. | c ⊙ | c ⊙   213,009. |
| c Federal NOL (federal Schedule 1   f Other (describe): | | | d ⊙   213,009. | d |
| (Form 1040 or 1040-SR), line 8)         ⊙ | | | e ⊙ | e |
| d NOL deduction from FTB 3805V | | | f ⊙ | f ⊙ |
| g Student loan discharged due to closure of a for-profit school | | | g ⊙ | g |
| 9 Total. Combine Section A, line 1 through line 6, and Section B, line 1 through line 8 in column A. Add Section A, line 1 through line 6, and Section B, line 1 through line 8g in column B and column C. Go to Section C | 9 | ⊙  −387,856. | ⊙   213,009. | ⊙   213,009. |

Section C – **Adjustments to Income** from federal Schedule 1 (Form 1040 or 1040-SR)

| | | A | B | C |
|---|---|---|---|---|
| 10 Educator expenses | 10 | ⊙ | ⊙ | |
| 11 Certain business expenses of reservists, performing artists, and fee-basis government officials | 11 | ⊙ | ⊙ | ⊙ |
| 12 Health savings account deduction | 12 | ⊙ | | |
| 13 Moving expenses. Attach federal Form 3903. See instructions | 13 | ⊙ | | ⊙ |
| 14 Deductible part of self-employment tax | 14 | ⊙ | | |
| 15 Self-employed SEP, SIMPLE, and qualified plans | 15 | ⊙ | | |
| 16 Self-employed health insurance deduction | 16 | ⊙ | | |
| 17 Penalty on early withdrawal of savings | 17 | ⊙ | | |
| 18a Alimony paid. | | | | |
| b Recipient's:   SSN ⊙ | | | | |
| Last name ⊙ | 18a | ⊙ | | ⊙ |
| 19 IRA deduction | 19 | ⊙ | | |
| 20 Student loan interest deduction | 20 | ⊙ | | ⊙ |
| 21 Tuition and fees | 21 | ⊙ | ⊙ | |
| 22 Add line 10 through line 18a and line 19 through line 21 in columns A, B, and C. See instructions | 22 | ⊙ | ⊙ | ⊙ |
| 23 Total. Subtract line 22 from line 9 in columns A, B, and C. See instructions | 23 | ⊙  −387,856. | ⊙   213,009. | ⊙   213,009. |

CAIA4012L  01/23/20

For Privacy Notice, get FTB 1131 ENG/SP.       059       7731194                          Schedule CA (540) 2019 Page 1

SCOTT RALEY                                     ▮        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

| Part II   Adjustments to Federal Itemized Deductions | A Federal Amounts (from federal Schedule A (Form 1040 or 1040-SR)) | B Subtractions See instructions | C Additions See instructions |
|---|---|---|---|
| Check the box if you did NOT itemize for federal but will itemize for California .... ⊙ ☐ | | | |
| **Medical and Dental Expenses See instructions** | | | |
| 1  Medical and dental expenses .......... ⊙          1 | | | |
| 2  Enter amount from fed. Form 1040 or 1040-SR, ln 8b ⊙   2 | | | |
| 3  Multiply line 2 by 7.5% (0.075) .......... ⊙          3 | | | |
| 4  Subtract line 3 from line 1. If line 3 is more than line 1, enter 0... 4b | ⊙ | | ⊙ |
| **Taxes You Paid** | | | |
| 5a  State and local income tax or general sales taxes ............... 5a | ⊙          328. | ⊙          328. | |
| 5b  State and local real estate taxes ................. 5b | ⊙ | | |
| 5c  State and local personal property taxes ............. 5c | ⊙ | | |
| 5d  Add lines 5a through 5c ................. 5d | ⊙          328. | | |
| 5e  Enter the smaller of line 5d or $10,000 ($5,000 if married filing separately) in col. A 5e | ⊙          328. | | |
| Enter the amount from line 5a, column B in line 5e, column B ................. | | ⊙          328. | |
| Enter the difference from line 5d and line 5e, column A in line 5e, column C ........ | | | ⊙ |
| 6  Other taxes. List type ⊙ _____          6 | ⊙ | ⊙ | ⊙ |
| 7  Add lines 5e and 6 ................. 7 | ⊙          328. | ⊙          328. | ⊙ |
| **Interest You Paid** | | | |
| 8a  Home mortgage interest and points reported to you on Form 1098 ............ 8a | ⊙ | | ⊙ |
| 8b  Home mortgage interest not reported to you on Form 1098 ............. 8b | ⊙ | | ⊙ |
| 8c  Points not reported to you on Form 1098 ............. 8c | ⊙ | | ⊙ |
| 8d  Mortgage insurance premiums ................. 8d | ⊙ | ⊙ | |
| 8e  Add lines 8a through 8d ................. 8e | ⊙ | ⊙ | ⊙ |
| 9  Investment interest ................. 9 | ⊙ | ⊙ | ⊙ |
| 10  Add lines 8e and 9 ................. 10 | ⊙ | ⊙ | ⊙ |
| **Gifts to Charity** | | | |
| 11  Gifts by cash or check ................. 11 | ⊙ | ⊙ | ⊙ |
| 12  Other than by cash or check ................. 12 | ⊙ | ⊙ | ⊙ |
| 13  Carryover from prior year ................. 13 | ⊙ | ⊙ | ⊙ |
| 14  Add lines 11 through 13 ................. 14 | ⊙ | ⊙ | ⊙ |
| **Casualty and Theft Losses** | | | |
| 15  Casualty or theft loss(es) (other than net qualified disaster losses). Attach federal Form 4684. See instructions ................. 15 | ⊙ | ⊙ | ⊙ |
| **Other Itemized Deductions** | | | |
| 16  Other—from list in federal instructions ................. 16 | ⊙ | ⊙ | ⊙ |
| 17  Add lines 4, 7, 10, 14, 15, and 16 in columns A, B, and C ... 17 | ⊙          328. | ⊙          328. | ⊙ |

18  **Total.** Combine line 17 column A less column B plus column C ........................................... ⊙ 18 [              ]

SCOTT RALEY                                                          ▪   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

## Job Expenses and Certain Miscellaneous Deductions

| | | | |
|---|---|---|---|
| 19 | Unreimbursed employee expenses - job travel, union dues, job education, etc. Attach federal Form 2106 if required. See instructions | ◉19 | |
| 20 | Tax preparation fees | ◉20 | |
| 21 | Other expenses - investment, safe deposit box, etc. List type ◉ | ◉21 | |
| 22 | Add lines 19 through 21 | ◉22 | |
| 23 | Enter amount from federal Form 1040 or 1040-SR, line 8b ◉ | | |
| 24 | Multiply line 23 by 2% (0.02). If less than zero, enter 0 | ◉24 | 0. |

| | | | |
|---|---|---|---|
| 25 | Subtract line 24 from line 22. If line 24 is more than line 22, enter 0 | ◉25 | 0. |
| 26 | **Total Itemized Deductions.** Add line 18 and line 25 | ◉26 | |
| 27 | Other adjustments. See instructions. Specify. ◉ _____ | ◉27 | |
| 28 | Combine line 26 and line 27 | ◉28 | |

29 **Is your federal AGI (Form 540, line 13) more than the amount shown below for your filing status?**

| | | |
|---|---|---|
| | Single or married/RDP filing separately | $200,534 |
| | Head of household | $300,805 |
| | Married/RDP filing jointly or qualifying widow(er) | $401,072 |

**No.** Transfer the amount on line 28 to line 29.

**Yes.** Complete the Itemized Deductions Worksheet in the instructions for Schedule CA (540), line 29 ........ ◉29

30 **Enter the larger of the amount on line 29 or your standard deduction listed below**

| | | |
|---|---|---|
| | Single or married/RDP filing separately. See instructions | $4,537 |
| | Married/RDP filing jointly, head of household, or qualifying widow(er) | $9,074 |

**Transfer the amount on line 30 to Form 540, line 18** ...................................... ◉30     4,537.

| TAXABLE YEAR | Net Operating Loss (NOL) Computation and NOL and | CALIFORNIA FORM |
|---|---|---|
| **2019** | Disaster Loss Limitations — Individuals, Estates, and Trusts | **3805V** |

Attach to your California tax return.

| Names as shown on return | | |
|---|---|---|
| | SSN or ITIN | 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 |
| | FEIN | |
| SCOTT RALEY | | |

**Part I    Computation of Current Year NOL for Individuals, Estates, and Trusts.** If you do not have a current year NOL, go to Part II.

**Section A — California Residents Only** (Nonresidents go to Section B.)

| | | | |
|---|---|---|---|
| 1 | Adjusted gross income from 2019 Form 540, line 17. If negative, use brackets. Estates and Trusts, begin on line 3 | **1** | ( 387,856.) |
| 2 | Itemized deductions or standard deduction from 2019 Form 540, line 18 | **2** | ( 4,537.) |
| 3a | Combine line 1 and line 2. (Estates and Trusts, enter taxable income, see instructions.) If negative, use brackets. If positive, enter -0- here and on line 25. **Do not** complete the rest of Section A. You do not have a current year NOL. Complete Part II and Part III if you have a carryover from prior years | **3a** | ( 392,393.) |
| | b 2019 declared disaster loss included in line 3a. Enter as a positive number | **3b** | 0. |
| | c Combine line 3a and line 3b. If negative, use brackets and continue to line 4. If zero or more, **do not** complete the rest of Part I. Enter the amount from line 3b, if any, in Part III, line 3, column (d) and complete Part II and Part III as instructed | **3c** | ( 392,393.) |

Enter amounts on line 4 through line 24 as if they were all **positive** numbers. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 4 | Nonbusiness capital losses | **4** | | | |
| 5 | Nonbusiness capital gains | **5** | | | |
| 6 | If line 4 is more than line 5, enter the difference; otherwise, enter -0- | | **6** | 0. | |
| 7 | If line 4 is less than line 5, enter the difference; otherwise, enter -0- | | **7** | 0. | |
| 8 | Nonbusiness deductions | **8** | 4,537. | | |
| 9 | Nonbusiness income other than capital gains | **9** | | | |
| 10 | Add line 7 and line 9 | | **10** | | |
| 11 | If line 8 is more than line 10, enter the difference; otherwise, enter -0- | | **11** | 4,537. |
| 12 | If line 8 is less than line 10, enter the difference; otherwise, enter -0- | **12** | 0. | | |
| 13 | Business capital losses | **13** | | | |
| 14 | Business capital gains | **14** | | | |
| 15 | Add line 12 and line 14 | | **15** | | |
| 16 | If line 13 is more than line 15, enter the difference; otherwise, enter -0- | | **16** | 0. | |
| 17 | Add line 6 and line 16 | | **17** | | |
| 18 | Enter the loss, if any, from line 8 of Schedule D (540). Estates and Trusts, enter the loss, if any, from line 9, column (c), of Schedule D (541). If you do not have a loss on that line, skip line 18 through line 21 and enter on line 22 the amount from line 17 | **18** | | | |
| 19 | Enter the loss, if any, from line 9 of Schedule D (540). Estates and Trusts, enter the loss, if any, from line 10 of Schedule D (541). Enter as a positive number | **19** | 0. | | |
| 20 | If line 18 is more than line 19, enter the difference; otherwise, enter -0- | **20** | 0. | | |
| 21 | If line 19 is more than line 18, enter the difference; otherwise, enter -0- | | **21** | 0. | |
| 22 | Subtract line 20 from line 17. If zero or less, enter -0- | | **22** | 0. | |
| 23 | NOL and disaster loss carryovers from prior years. See instructions | | ⊚**23** | 213,009. | |
| 24 | Add lines 11, 21, 22, and 23 | | **24** | 217,546. | |
| 25 | **Current Year NOL.** Combine line 3c and line 24. If more than zero, enter -0-. You do not have a current year NOL to carryover | | ⊚**25** | ( 174,847.) |

CAIZ8012L 12/19/19

SCOTT RALEY                                                                                           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

**Section B — Nonresidents and Part-Year Residents Only — Computation of Current Year California NOL**

| | | (a) Enter total amounts as if you were a CA resident for entire year. | (b) Enter amounts earned or received from CA sources if you were a nonresident for the entire year. | (c) Enter amounts earned or received during the portion of the year you were a CA resident. | (d) Enter amounts earned or received from CA sources during the portion of the year you were a nonresident. | (e) Total Combine columns (c) and (d) |
|---|---|---|---|---|---|---|
| 1 | Adjusted gross income. See instructions. If negative, use brackets . . . . . . . . . . . | 1 | | | | |
| 2 | Itemized deductions or standard deduction. See instructions . . . . . . | 2 ( )( )( )( )( ) |
| 3a | Combine line 1 and line 2. See instructions . . . . . . . . . . . . . | 3a | | | | |
| b | 2019 declared disaster loss included in line 3a. Enter as a positive number . . . . . . . . . . . | 3b | | | | |
| c | Combine line 3a and line 3b. If negative, use brackets and continue to line 4 . . . . . . . . | 3c | | | | |

**Enter amounts on line 4 through line 24 as if they were all positive numbers.**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | Nonbusiness capital losses . . . . . . | 4 | | | | |
| 5 | Nonbusiness capital gains . . . . . . | 5 | | | | |
| 6 | If line 4 is more than line 5, enter the difference; otherwise, enter -0- | 6 | | | | |
| 7 | If line 4 is less than line 5, enter the difference; otherwise, enter -0- | 7 | | | | |
| 8 | Nonbusiness deductions . . . . . . . | 8 | | | | |
| 9 | Nonbusiness income other than capital gains . . . . . . . . . . . . . . . | 9 | | | | |
| 10 | Add line 7 and line 9 . . . . . . . . . . . | 10 | | | | |
| 11 | If line 8 is more than line 10, enter the difference; otherwise, enter -0- | 11 | | | | |
| 12 | If line 8 is less than line 10, enter the difference; otherwise, enter -0- | 12 | | | | |
| 13 | Business capital losses . . . . . . . . | 13 | | | | |
| 14 | Business capital gains . . . . . . . . . | 14 | | | | |
| 15 | Add line 12 and line 14 . . . . . . . . | 15 | | | | |
| 16 | If line 13 is more than line 15, enter the difference; otherwise, enter -0- . . . . . . . . . . . . . . . . . . . . | 16 | | | | |
| 17 | Add line 6 and line 16 . . . . . . . . . | 17 | | | | |
| 18 | Enter the loss, if any, from line 4 of Schedule D (540NR) Worksheet for nonresidents and part-year residents. See instructions . . . . . | 18 | | | | |
| 19 | Enter the loss, if any, from line 5 of Schedule D (540NR) Worksheet for nonresidents and part-year residents. Enter as a positive number . . . . . . . . . . . . . | 19 | | | | |
| 20 | If line 18 is more than line 19, enter the difference; otherwise, enter -0- | 20 | | | | |
| 21 | If line 19 is more than line 18, enter the difference; otherwise, enter -0- | 21 | | | | |
| 22 | Subtract line 20 from line 17. If zero or less, enter -0- . . . . . . . | 22 | | | | |
| 23 | NOL and disaster loss carryovers from prior years . . . . . . . . . . . . | 23 | | | | |
| 24 | Add lines 11, 21, 22, 23 . . . . . . . | 24 | | | | |
| 25 | **Current Year NOL.** Combine line 3c and line 24. If more than zero, enter -0- . . . . . | 25 | | | | |

SCOTT RALEY                                                          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

**Part II    Determine 2019 Modified Taxable Income (MTI).** Be sure to read the instructions for Part II.

| | | |
|---|---|---|
| 1  Taxable income. See instructions. | 1 | ( 392,393.) |
| Enter amounts on line 2 through line 5 as if they were all **positive** numbers. | | |
| 2  Capital loss deduction included in line 1 | 2 | |
| 3  Disaster loss carryover included in line 1 | 3 | |
| 4  NOL carryover included in line 1 | 4 | 213,009. |
| 5  Adjustments to itemized deductions. See instructions | 5 | |
| 6  MTI. Combine line 1 through line 5. If line 6 is zero or less, enter -0- | 6 | 0. |

**Part III    NOL Carryover and Disaster Loss Carryover Limitations.** See instructions.

| | (g) Available balance | |
|---|---|---|
| 1  MTI from Part II, line 6 ............ 1 | | |

**Prior Year NOLs**

| (a) Year of loss | (b) Code See instructions | (c) Type of NOL See below* | (d) Initial loss | (e) Carryover from 2018 | (f) Amount used in 2019 | | (h) Carryover to 2020 col. (e) minus col. (f) |
|---|---|---|---|---|---|---|---|
| 2  2016 | | GEN | 20,562. | 20,562. | 0. | 0. | 20,562. |
|    2017 | | GEN | 192,447. | 192,447. | 0. | 0. | 192,447. |
| | | | | | | | |
| | | | | | | | |

**Current Year NOLs**

| | | | | | | | col. (d) minus col. (f) See Instructions |
|---|---|---|---|---|---|---|---|
| 3  2019 | | DIS | | | | | |
| 4  2019 | | GEN | 174,847. | | | | 174,847. |
|    2019 | | | | | | | |
|    2019 | | | | | | | |

*Type of NOL: General (GEN), New Business (NB), Eligible Small Business (ESB), or Disaster (DIS).

| | | |
|---|---|---|
| 5  NOL carryover. Add the carryover amounts in column (h) that are not the result of a disaster loss | 5 | 387,856. |
| 6  Disaster loss carryover. Enter the total loss carryover amounts in column (h) that are the result of disaster losses | 6 | |

Exhibit E Pg 1



# Exhibit F Pg 1



# Exhibit G Pg 1



# Exhibit I Pg 1



**U.S. SMALL BUSINESS ADMINISTRATION**
**Disaster Assistance**
**Processing and Disbursement Center**
**14925 Kingsport Road**
**Fort Worth, Texas 76155**

833-853-5638
Hearing Impaired
800-877-8339

April 27, 2022

Scott Raley
PrettyLittleWish
1915 e linda vista ave
ventura, CA 93001

RE: Modification to SBA Disaster Loan Number: 4954438109

Dear Scott Raley,

In these unprecedented times, we understand the challenges you are facing. The SBA is making every effort to support small businesses, which are the backbone of the American economy. Unfortunately, although we made every effort to approve your loan modification request, we are unable to modify your loan for the following reason(s):

**Unverifiable Information**

During the loan underwriting process there were one or more items that were reviewed that caused the SBA to question the validity of certain information you submitted as part of your application. This can occur as a result of a failed identify verification, high risk IP address, or if a client device is associated with fraud.

**Not Eligible**:  The SBA has been unable to verify the existence of an eligible business as reflected in the application.  The SBA has been unsuccessful in our attempts to obtain documentation from multiple sources (public records) and we attempted to obtain documentation from you that would validate the existence of your business.

# Exhibit J pg 1-2

## Internal Revenue Service
### United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 05-04-2022
Response Date: 05-04-2022
Tracking Number: 102024013210

Record of Account

FORM NUMBER: 1040          TAX PERIOD: Dec. 31, 2019

TAXPAYER IDENTIFICATION NUMBER:          XXX-XX-5817

SCOT A RALE
1915 E

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:          0.00
ACCRUED INTEREST:         0.00          AS OF: May 16, 2022
ACCRUED PENALTY:          0.00          AS OF: May 16, 2022

ACCOUNT BALANCE
    PLUS ACCRUALS
    (this is not a
    payoff amount):       0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:               01
FILING STATUS:            Single
ADJUSTED GROSS
    INCOME:               -337,015.00
TAXABLE INCOME:           0.00
TAX PER RETURN:           0.00
SE TAXABLE INCOME
    TAXPAYER:             0.00
SE TAXABLE INCOME
    SPOUSE:               0.00
TOTAL SELF
    EMPLOYMENT TAX:       0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)  Apr. 15, 2020
PROCESSING DATE                                              May  11, 2020

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|---------------------------|-------|------|--------|
| 150 | Tax return filed<br>80211-512-23013-0 | 20201705 | 05-11-2020 | $0.00 |
| 460 | Extension of time to file tax return<br>ext. Date 10-15-2020 | | 07-14-2020 | $0.00 |
| 420 | Examination of tax return | | 09-24-2021 | $0.00 |
| 971 | Amended tax return or claim<br>forwarded for processing | | 11-03-2021 | $0.00 |
| 977 | Amended return filed<br>43277-708-02239-1 | | 11-03-2021 | $0.00 |
| 977 | Amended return filed<br>29277-754-00590-1 | | 09-13-2021 | $0.00 |
| 300 | Additional tax assessed by examination<br>00-00-0000<br>49247-491-30006-2 | 20221405 | 04-25-2022 | $0.00 |
| 421 | Closed examination of tax return | | 04-25-2022 | $0.00 |
| 976 | Duplicate return filed<br>29221-092-22422-2 | | 07-27-2021 | $0.00 |

```
290   Additional tax assessed                20221605 05-09-2022                    $0.00
      49254-497-08103-2

976   Duplicate return filed                          08-03-2021                    $0.00
      09221-100-10744-2
```

SSN Provided: XXX-XX-5817
Tax Period Ending: Dec. 31, 2019

The following items reflect the amount as shown on the return (PR), and
the amount as adjusted (PC), if applicable.  They do not show subsequent
activity on the account.


SSN: XXX-XX-5817                       SPOUSE SSN:
NAME(S) SHOWN ON RETURN: SCOT A RALE

ADDRESS: 1915 E


```
FILING STATUS:                                                             Single
FORM NUMBER:                                                                 1040
CYCLE POSTED:                                                            20201705
RECEIVED DATE:                                                      Apr.15, 2020
REMITTANCE:                                                                 $0.00
EXEMPTION NUMBER:                                                               1
DEPENDENT 1 NAME CTRL:
DEPENDENT 1 SSN:
DEPENDENT 2 NAME CTRL:
DEPENDENT 2 SSN:
DEPENDENT 3 NAME CTRL:
DEPENDENT 3 SSN:
DEPENDENT 4 NAME CTRL:
DEPENDENT 4 SSN:
IDENTITY THEFT PERSONAL ID NUMBER:
PTIN:
PREPARER EIN:
```

Income

```
WAGES, SALARIES, TIPS, ETC:.......................................$0.00
TAXABLE INTEREST INCOME: SCH B:...................................$1.00
TAX-EXEMPT INTEREST:..............................................$0.00
ORDINARY DIVIDEND INCOME: SCH B:..................................$0.00
QUALIFIED DIVIDENDS:..............................................$0.00
REFUNDS OF STATE/LOCAL TAXES:.....................................$0.00
ALIMONY RECEIVED):...............................................$0.00
BUSINESS INCOME OR LOSS (Schedule C):.............................$0.00
BUSINESS INCOME OR LOSS: SCH C PER COMPUTER:......................$0.00
CAPITAL GAIN OR LOSS: (Schedule D):...............................$0.00
CAPITAL GAINS OR LOSS: SCH D PER COMPUTER:........................$0.00
OTHER GAINS OR LOSSES (Form 4797):................................$0.00
TOTAL IRA DISTRIBUTIONS:..........................................$0.00
TAXABLE IRA DISTRIBUTIONS:........................................$0.00
TOTAL PENSIONS AND ANNUITIES:.....................................$0.00
TAXABLE PENSION/ANNUITY AMOUNT:...................................$0.00
ADDITIONAL INCOME:................................................$0.00
ADDITIONAL INCOME PER COMPUTER:...................................$0.00
REFUNDABLE CREDITS PER COMPUTER:..................................$0.00
REFUNDABLE EDUCATION CREDIT PER COMPUTER:.........................$0.00
QUALIFIED BUSINESS INCOME DEDUCTION:..............................$0.00
RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E):.....................$0.00
RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E) PER COMPUTER:........$0.00
RENT/ROYALTY INCOME/LOSS PER COMPUTER:............................$0.00
ESTATE/TRUST INCOME/LOSS PER COMPUTER:............................$0.00
PARTNERSHIP/S-CORP INCOME/LOSS PER COMPUTER:......................$0.00
FARM INCOME OR LOSS (Schedule F):.................................$0.00
FARM INCOME OR LOSS (Schedule F) PER COMPUTER:....................$0.00
UNEMPLOYMENT COMPENSATION:........................................$0.00
TOTAL SOCIAL SECURITY BENEFITS:...................................$0.00
```

# Exhibit K pg 1-2

## Next Steps for Loan Increase Request for COVID-19 EIDL Program SBA:0008000799386  `External`  Ɔ  `GJEN ×`



**DONOTREPLY-CovidEIDLIncreaseRequests14** <DONOTREPLY-CovidEIDLIncreaseRequests14@sba...    Mon, Apr 25, 10:00 AM    ☆    ↰    ⋮

to me ▾

Dear SBA Borrower:

We received your request to increase your COVID-19 Economic Injury Disaster Loan (EIDL). To continue processing your request, please complete the following steps:

1. Log into your SBA loan portal account at: https://covid19relief1.sba.gov/

2. After you log into your account, click on the button that reads "**Request More Funds**"

The "Request More Funds" button will only be visible if your current loan amount is not already at the maximum loan limit

3. Next, you will be asked to disclose if any changes have occurred since the original EIDL application was submitted, such as any owners of 20% or more of the applicant business being currently involved in a bankruptcy

4. You also will be asked which form was used for the applicant business's most recent tax return, such as Form 1040 (Schedule C, E or F), 1065 (Partnership), 1120S (S Corporation), or 1120 (C Corporation)

5. Next, you will use the slider bar to select a new increased loan amount

6. You may be required to electronically sign an IRS Form 4506-T allowing the SBA to obtain tax transcripts directly from the IRS

7. Once these steps are completed, you can submit the loan increase for processing

Mail    Chat & spaces        From ▾      Any time ▾      Has attachment      To ▾      Advanced search

☐ ▾    C    ⋮                                                          1–11 of 11   ‹   ›   ☰ ▾

☐ ☆ ▸    DONOTREPLY-CovidEID.    GJEN Next Steps for Loan Increase Request for COVID-19 EIDL Program SBA:0...    Apr 26

         DONOTREPLY-CovidEID.    GJEN Next Steps for Loan Increase Request for COVID-19 EIDL Program SBA:0...    Apr 26

         DONOTREPLY-CovidEID.    GJEN Next Steps for Loan Increase Request for COVID-19 EIDL Program SBA:0...    Apr 25

         DONOTREPLY-CovidEID.    GJEN Next Steps for Loan Increase Request for COVID-19 EIDL Program SBA:0...    Apr 25

      ▸  DONOTREPLY-CovidEID.    GJEN Next Steps for Loan Increase Request for COVID-19 EIDL Program SBA:0...    Apr 25

         DONOTREPLY-CovidEID.    GJEN Next Steps for Loan Increase Request for COVID-19 EIDL Program SBA:0...    Apr 25

         DONOTREPLY-CovidEID.    GJEN Next Steps for Loan Increase Request for COVID-19 EIDL Program SBA:0...    Apr 25

      ▸  DONOTREPLY-CovidEID.    GJEN Next Steps for Loan Increase Request for COVID-19 EIDL Program SBA:0...    Apr 25

         DONOTREPLY-CovidEID.    GJEN Next Steps for Loan Increase Request for COVID-19 EIDL Program SBA:0...    Apr 25

         DONOTREPLY-CovidEID.    GJEN Next Steps for Loan Increase Request for COVID-19 EIDL Program SBA:0...    Apr 25

         DONOTREPLY-CovidEID.    GJEN Next Steps for Loan Increase Request for COVID-19 EIDL Program SBA:0...    Apr 25

# Exhibit H pg 1



**U.S. SMALL BUSINESS ADMINISTRATION**
**Disaster Assistance**
**Processing and Disbursement Center**
**14925 Kingsport Road**
**Fort Worth, Texas 76155**

833-853-5638
Hearing Impaired
800-877-8339

December 10, 2021

Scott Raley
PrettyLittleWish
1915 e linda vista ave
ventura, CA 93001

RE: Modification to SBA Disaster Loan Number: 4954438109

Dear Scott Raley,

In these unprecedented times, we understand the challenges you are facing. The SBA is making every effort to support small businesses, which are the backbone of the American economy. Unfortunately, although we made every effort to approve your loan modification request, we are unable to modify your loan for the following reason(s):

**Unverifiable Information**

During the loan underwriting process there were one or more items that were reviewed that caused the SBA to question the validity of certain information you submitted as part of your application. This can occur as a result of a failed identify verification, high risk IP address, or if a client device is associated with fraud.

**Not Eligible**: The SBA has been unable to verify the existence of an eligible business as reflected in the application. The SBA has been unsuccessful in our attempts to obtain documentation from multiple sources (public records) and we attempted to obtain documentation from you that would validate the existence of your business.